Fill in this information to identify the case:

Debtor name: Photo Stencil, LLC
United States Bankruptcy Court for the: DISTRICT OF COLORADO
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TKF Interim Funding II, LLC<br>2595 Canyon Blvd. Suite 420<br>ATTN: Gary Jacobs<br>Boulder, CO 80302 | Gary Jacobs<br>gjacobs@12partners.com<br>(720) 273-4631 | | | $4,900,000.00 | $0.00 | $4,900,000.00 |
| PMC Financial Services Group, LLC<br>3816 East LaPalma Avenue<br>ATTN: Timothy Rafanello<br>Anaheim, CA 92807 | Timothy Rafanello<br>trafanello@pmcfsg.com<br>(714) 967-7238 | | | $1,738,749.02 | $0.00 | $1,738,749.02 |
| Sovereighn Eagle Capital Management Group, Inc.<br>750 B Street, Suite 2620<br>ATTN; Todd Mikles<br>San Diego, CA 92101 | Todd Mikles<br>(619) 294-8989 | | | | | $1,200,000.00 |
| Snell & Wilmer<br>1200 17th Street, Suite 1900<br>ATTN: Brian P. Gaffey, Esq.<br>Denver, CO 80202-5854 | Brian P. Gaffney, Esq.<br>bgaffney@swlaw.com<br>(303) 634-2077 | | | | | $1,200,000.00 |
| Jeffrey P. Fanzo<br>4980 Hillsdale Circle Suite A<br>El Dorado Hills, CA 95762 | fanzo@proequityam.com<br>(480) 378-3495 | Rent | | | | $1,200,000.00 |

Debtor **Photo Stencil, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Intel Corporation** 2200 Mission College Blvd. Santa Clara, CA 95052 | John Bryne john.p.byrne@intel.com (480) 242-5100 | | | | | $880,000.00 |
| **Halma Holdings, Inc.** 11500 Northlake Drive ATTN: Arnold Moshier Cincinnati, OH 45249 | Arnold Moshier Arnold.Moshier@halma.com (513) 772-5501 | Rent and Construction | | | | $755,919.32 |
| **Pixelteq** 8060 Bryan Dairy Road Suite A ATTN: Gordon McPhee Largo, FL 33777 | Gordon McPhee gordon.mcphee@pixelteq.com (727) 545-0741 | Rent and Construction | | | | $755,919.32 |
| **Colliers International** 4643 South Ulster Street Suite 100C ATTN: Liz Karr Denver, CO 80237 | Liz Karr Liz.Karr@colliers.com (303) 283-4587 | Construction Lien | | | | $600,000.00 |
| **Watumull Properties Corp.** 307 Lewers Street 6th Floor ATTN: Jaidev Watumull Honolulu, HI 96815 | Jaidev Watumull | Construction Lien | | | | $600,000.00 |
| **Silver & DeBoskey** 1801 York Street ATTN: Jennifer Milne Denver, CO 80206 | Jennifer Milne MilneJ@s-d.com (3030 953-3766 | Construction Lien | | | | $600,000.00 |
| **WPC-Triad, LLC** 307 Lewers Street 6th Floor ATTN: Brad Calbert Honolulu, HI 96815 | Brad Calbert Brad.Calbert@colliers.com (303) 745-5800 | Construction Lien | | | | $600,000.00 |
| **Blockwick Einsenstein Krahenbuhl, LLC** 2672 North Park Drive Suite 200 ATTN: Craig Blockwick Lafayette, CO 80026 | Craig Blockwick (720) 636[-7402 | Construction Lien | | | | $482,527.69 |

Debtor   **Photo Stencil, LLC**   Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Milo Construction Corporation<br>18998 South Flatiron Court<br>Suite 200<br>ATTN: Pat Minniear<br>Boulder, CO 80301 | Pat Minniear<br>pat@miloconstruction.com<br>(303) 444-7775 | Construction Lien | | | | $482,527.69 |
| Garic, Inc.<br>26 Broadway<br>Suite 961<br>ATTN: Tracy Ricard<br>New York, NY 10004 | Tracy Ricard<br>tracy@garicinc.com<br>(646) 487-0103 | | | $250,529.62 | $0.00 | $250,529.62 |
| People's Bank<br>5175 North Academy Blvd.<br>ATTN: Brendan Zahl<br>Colorado Springs, CO 80918 | Brendan Zahl<br>bzahl@EPEOPLES.com<br>(719) 260-2200 | Rent | | | | $200,000.00 |
| Palm Technology<br>1717 JP Hennessy Drive<br>ATTN: Charles Johnson<br>La Vergne, TN 37086 | Charles Johnson<br>cjohnson@palmequipment.com<br>(615) 641-1200 | | | | | $194,102.49 |
| Forum Financial Services, Inc.<br>275 West Campell Road<br>Suite 320<br>ATTN: Tim O'Conner<br>Richardson, TX 75080 | Tim O'Conner<br>tim@forumleasing.com<br>(972) 690-9444, ext. 225 | | | $157,565.00 | $0.00 | $157,565.00 |
| Royal Bank America Leasing, Inc.<br>550 Township Line Road<br>Suite 425<br>ATTN: Keith Brinks<br>Blue Bell, PA 19422 | Keith Brinks<br>KBrinks@RBALeasing.com<br>(610) 828-4662 | | | $152,803.44 | $0.00 | $152,803.44 |
| Sandstrum Law, LLC<br>1515 Wynkoop Street<br>Suite 360<br>ATTN: Michael A. Sandstrum, Esq.<br>Denver, CO 80202 | Michael A. Sandstrum, Esq.<br>msandstrum@sandstrumlaw.com<br>(303) 243-5013 | Construction Lien | | | | $132,228.02 |