| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Photo Stencil, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 16-16897-MER |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2016 to Filing Date | ■ Operating a business<br>☐ Other | $2,699,634.00 |
   | For prior year:<br>From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $7,632,362.00 |
   | For year before that:<br>From 1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other | $7,589,891.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2016 to Filing Date | Insurance Claim: $18,704;<br>Interest Income: $25,237 | $43,941.00 |
   | For prior year:<br>From 1/01/2015 to 12/31/2015 | Interest Income | $15,564.00 |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  Photo Stencil, LLC                                    Case number (if known) 16-16897-MER

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See Statement of Financial Affairs Exhibit 3 | April 13, 2016 through July 12, 2016 | $579,887.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sovereign Eagle S, LLC et al. v. Photo Stencil, LLC<br>2015CV031756 | Forcible Entry and Detainer | El Paso County Court<br>270 S. Tejon<br>P.O. Box 2980<br>Colorado Springs, CO 80901 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Sovereign Eagle S, LLC et al. v. Photo Stencil, LLC<br>2015CV032563 | Forcible Entry and Detainer | El Paso County Court<br>270 S. Tejon<br>P.O. Box 2980<br>Colorado Springs, CO 80901 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   Photo Stencil, LLC                                      Case number (if known) 16-16897-MER

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Photo Stencil, LLC<br>Complaint #1109501 | Occupational Safety and Health Administration Complaint | U.S. Department of Labor<br>7935 East Prentice Avenue<br>Suite 209<br>Greenwood Village, CO 80111 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | Dates of loss | Value of property lost |
|---|---|---|---|
| Equipment Malfunction with Water Damage and Restoration | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property).<br>$18,704 paid to Debtor for business interruption<br>$25,000 paid to contractor for building repairs | February 2, 2016 | $142,150.00 |
| Chemistry Tank Leak and Small Electrical Box Fire | Claim Pending | July 1, 2016 | Unknown |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  Photo Stencil, LLC                                                                    Case number (if known) 16-16897-MER

|     | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|-----|---|---|---|---|
| 11.1. | Kutner Brinen, P.C.<br>1660 Lincoln Street<br>Suite 1850<br>Denver, CO 80264 | Kachi Management: $5,000 - May 6, 2016<br>Photo Stencill, LLC: $31,700 - July 12, 2016 | | $36,700.00 |

Email or website address

Who made the payment, if not debtor?

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

|     | Address | Dates of occupancy From-To |
|-----|---|---|
| 14.1. | 4725 Centennial Blvd.<br>Colorado Springs, CO 80919 | June 15, 2007 to February 29, 2016 |

## Part 8:  Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

Debtor    Photo Stencil, LLC                                    Case number *(if known)*  16-16897-MER

### 16. Does the debtor collect and retain personally identifiable information of customers?

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

    - ☐ No Go to Part 10.
    - ■ Yes. Fill in below:

    Name of plan: **Photo Stencil, LLC 401(k) Plan**

    Employer identification number of the plan
    EIN: **26-0334354**

    Has the plan been terminated?
    - ☐ No
    - ■ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Colorado Business Bank<br>361 University Blvd.<br>Denver, CO 80206 | XXXX-1701 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | June 3, 2016 | $0.37 |
| 18.2. | Colorado Business Bank<br>301 University Blvd.<br>Denver, CO 80206 | XXXX-1728 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | June 3, 2016; balance of ($2,923.14) at time of closing | $0.00 |

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor  Photo Stencil, LLC                                          Case number (if known) 16-16897-MER

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Warehouse Options<br>2140 North Mark SheffelRoad<br>Colorado Springs, CO 80915 | Managerial Employee of the Debtor | Unused Equipment | ☐ No<br>■ Yes |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor   Photo Stencil, LLC                                         Case number (if known)  16-16897-MER

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Photo Stencil (Mal) Sdn. Bhd.<br>No. 2 Llintang Beringin 8<br>Off Jalan Permatang Damar Laut<br>Penang Malaysia 11960 | Manufacturing of stencils for SMT and semiconducter companies; no ongoing operations | Dates business existed<br>EIN: n/a<br>From-To June 15, 2007 to Present |
| 25.2. | Photo Stencil S de RL de CV<br>Pemex #23, Col. Hacienda de Vidrios<br>C.P. 45580<br>Tlaquepaque, Jalisco Mexico 45620 | Manufacturing of stencils for SMT and semiconducter companies; no ongoing operations | EIN: n/a<br>From-To June 15, 2007 to September 30, 2015 |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Kimberly Nanney<br>17586 Blue Lake Lane<br>Peyton, CO 80831 | February 14, 2008 to Present |
| 26a.2. | Charlene Britton<br>1880 Denver West Drive<br>Apartment 1813<br>Golden, CO 80401 | February 19, 2001 to Present |
| 26a.3. | Tonia Patterson<br>1929 Montezuma Drive<br>Colorado Springs, CO 80910 | May 5, 2014 to Present |
| 26a.4. | Sarah White<br>3018 North Prospect Street<br>Colorado Springs, CO 80907 | April 13, 2015 to July 8, 2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | EKS&H<br>7979 East Tufts Avenue<br>Suite 400<br>Denver, CO 80237-2843 | June 15, 2007 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Kimberly Nanney<br>17586 Blue Lake Lane<br>Peyton, CO 80831 | February 14, 2008 to Present |

Debtor   Photo Stencil, LLC                                                    Case number (if known)  16-16897-MER

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Charlene Britton<br>1880 Denver West Drive<br>Apartment 1813<br>Golden, CO 80401 | February 19, 2001 to Present |
| 26c.3. | Tonia Patterson<br>1929 Montezuma Drive<br>Colorado Springs, CO 80910 | May 5, 2014 to Present |
| 26c.4. | EKS&H<br>7979 East Tufts Avenue<br>Suite 400<br>Denver, CO 80237-2843 | June 15, 2007 to Present |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address
26d.1.   See Statement of Financial
         Affairs Exhibit 26(d)

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Weissmann | P.O. Box 20650<br>Boulder, CO 80308 | CEO | |
| Kachi Partners | 2595 Canyon Blvd.<br>Suite 420<br>Boulder, CO 80302 | Managing Equity Group | 100 |
| Kimberly Nanney | 17586 Blue Lake Lane<br>Peyton, CO 80831 | CFO | |
| Richard Daly | 6974 Sprucedale Park Way<br>Evergreen, CO 80439 | Vice President of Global Sales | |
| Sue Holmes | 2710 Hammermesh Drive<br>Colorado Springs, CO 80920 | Vice President of Engineering | |

Debtor  Photo Stencil, LLC                                   Case number (if known) 16-16897-MER

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ying Shiau | 1204 Wilhelmina Way San Jose, CA 95120 | Advisory Board Member | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joe Wilcox | 20 East Stirrup Trail Monument, CO 80132 | Vice President of Operations | August 4, 2014 to March 25, 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Shawn Hallinan | 14143 Denver West Parkway Suite 500 Golden, CO 80308 | Acting CFO | June 15, 2007 to September 30, 2015 |

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Eric Weissmann P.O. Box 20650 Boulder, CO 80308 | $553,757 | 2015-2016 | Reimbursement |
| | Relationship to debtor CEO | | | |
| 30.2 | Eric Weissmann P.O. Box 20650 Boulder, CO 80308 | $153,321.14 | 2015-2016 | Salary over applicable period |
| | Relationship to debtor CEO | | | |
| 30.3 | Joe Wilcox 20 East Stirrup Trail Monument, CO 80132 | $151,811.64 | 2015-2016 | Salary over applicable period |
| | Relationship to debtor Former VP of Operations | | | |

Debtor   Photo Stencil, LLC                                  Case number (if known)  16-16897-MER

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 | Kachi Partners<br>2595 Canyon Blvd.<br>Suite 420<br>Boulder, CO 80302 | $165,000 | 2015-2016 | Equity Managment Fee |
| | Relationship to debtor<br>Managing Equity Group | | | |
| 30.5 | Kimberly Nanney<br>17586 Blue Lake Lane<br>Peyton, CO 80831 | $97,020.76 | 2015-2016 | Salary over applicable period and expense reimbursement |
| | Relationship to debtor<br>CFO | | | |
| 30.6 | Richard Daly<br>6974 Sprucedale Park Way<br>Evergreen, CO 80439 | $182,607.30 | 2015-2016 | Salary over applicable period and expense reimbursement |
| | Relationship to debtor<br>VP of Global Sales | | | |
| 30.7 | Shawn Hallinan<br>14143 Denver West Parkway<br>Suite 500<br>Golden, CO 80308 | $5,107.71 | 2015-2016 | Expense Reimbursement |
| | Relationship to debtor<br>Former CFO | | | |
| 30.8 | Sue Holmes<br>2710 Hammermesh Drive<br>Colorado Springs, CO 80920 | $151,915.01 | 2015-2016 | Salary over applicable period and expense reimbursement |
| | Relationship to debtor<br>VP of Engineering | | | |
| 30.9 | Ying Shiau<br>1204 Wilhelmina Way<br>San Jose, CA 95120 | $93.86 | 2015-2016 | Expense reimbursement |
| | Relationship to debtor<br>Advisory Board Member | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Photo Stencil Holdings, Inc. | EIN:   20-8288140 |

Debtor   Photo Stencil, LLC                                              Case number *(if known)* 16-16897-MER

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

Name of the parent corporation                                           Employer Identification number of the parent corporation

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 2, 2016

_/s/ on behalf of Eric Weissmann_          Eric Weissmann
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

16-16897-MER Photo Stencil, LLC
Form 207-SOFA
Part 2 Certain payments or transfers to creditors within 90 days before filing

| Vendor Name | Address 1 | City | State | Zip Code | Payment Dates | Document Amount | Reasons for Payment or Transfer |
|---|---|---|---|---|---|---|---|
| A-1 Alloys | 3330 Beyer Blvd, Suite F | San Diego | CA | 92173 | 4-13-16 to 7-12-16 | $9,708.52 | Suppliers or Vendors |
| City of Colorado Springs-Metro Rides | 1015 Transit Dr | Colorado Springs | CO | 80903 | 4-13-16 to 7-12-16 | $9,600.00 | Other-Car Pool Services for Employees |
| CNA Insurance | PO Box 790094 | St. Louis | MO | 63179-0094 | 4-13-16 to 7-12-16 | $12,161.86 | Other-Insurance |
| Colorado State Treasurer | Colorado Department of Revenue | Denver | CO | 80261 | 4-13-16 to 7-12-16 | $15,884.15 | Other-Quarterly Taxes |
| Datum Alloys, Inc. | 407 Airport Road | Endicott | NY | 13760 | 4-13-16 to 7-12-16 | $42,198.59 | Suppliers or Vendors |
| Federal Express | P.O. Box 94515 | Palatine | IL | 60094-4515 | 4-13-16 to 7-12-16 | $17,501.75 | Services |
| Focused On Machining | PO Box 129 | Louviers | CO | 80131 | 4-13-16 to 7-12-16 | $19,200.00 | Suppliers or Vendors |
| Forum Financial Services, Inc. | 275 W. Campbell Road, Ste. 320 | Richardson | TX | 75080 | 4-13-16 to 7-12-16 | $6,545.00 | Secured Debt |
| International Electronic Components, Inc | 809 Aldo Avenue Suite 104 | Santa Clara | CA | 95054 | 4-13-16 to 7-12-16 | $85,776.53 | Suppliers or Vendors |
| Interstate Chemical Company, Inc. | 2720 Reliable Parkway | Chicago | IL | 60686-0027 | 4-13-16 to 7-12-16 | $9,566.28 | Suppliers or Vendors |
| MICROSCREEN LLC | 1106 South High Street | South Bend | IN | 46601 | 4-13-16 to 7-12-16 | $22,195.57 | Suppliers or Vendors |
| Milo Construction Corporation | 1898 S. Flatiron Court, Ste. 200 | Boulder | CO | 80301 | 4-13-16 to 7-12-16 | $39,980.00 | Other-Construction Lien |
| Peoples National Bank | 5175 North Academy Blvd. | Colorado Springs | CO | 80918 | 4-13-16 to 7-12-16 | $9,000.00 | Other-Rent |
| Phani Vallabhajosyula | 4055 W. Shannon Street | Chandler | AZ | 85226 | 4-13-16 to 7-12-16 | $7,638.01 | Other-Expense Reimbursement |
| Pinnacol Assurance | 7501 E Lowry Blvd | Denver | CO | 80230 | 4-13-16 to 7-12-16 | $12,563.00 | Other-Insurance |
| PIXELTEQ | 8060 Bryan Dairy Road, Suite A | Largo | FL | 33777 | 4-13-16 to 7-12-16 | $42,959.33 | Other-Rent |
| QEH2 LLC | 401 S. Wilcox St # 123 | Castle Rock | CO | 80104 | 4-13-16 to 7-12-16 | $42,917.43 | Services |
| Summit Container Corporation | PO Box 826557 | Philadelphia | PA | 19182 | 4-13-16 to 7-12-16 | $7,794.60 | Suppliers or Vendors |
| United Health Care | PO Box 1459 | Minneapolis | MN | 55440-1549 | 4-13-16 to 7-12-16 | $81,892.98 | Other-Employee Benefits |
| Xcel Energy | P.O. Box 9477 | Minneapolis | MN | 55484-9477 | 4-13-16 to 7-12-16 | $56,017.83 | Services |
| Kachi Partners | 2595 Canyon Blvd., Ste. 420 | Boulder | CO | 80302 | 4-13-16 to 7-12-16 | $15,000.00 | Services |
| Infinite Graphics Inc. | 4611 East Lake Street | Minneapolis | MN | 55406 | 4-13-16 to 7-12-16 | $13,785.72 | Unsecured Loan Repayments |
| | | | | | TOTAL | $579,887.15 | |

**STATEMENT OF FINANCIAL AFFAIRS EXHIBIT 3**

16-16897-MER   Photo Stencil, LLC
Form 207-SOFA
Part 13 List all financial institutions, creditors, and other parties to whom the debtor issued a financial statement within 2 years of filing

| Vendor Name | Nature of Obligation | Address 1 | City | State | Zip Code |
|---|---|---|---|---|---|
| **Facilities Related** | | | | | |
| Pixelteq | Sublease Agreement for Golden Facility | 8060 Bryan Dairy Road, Ste. A | Largo | FL | 33777 |
| Halma Holdings, Inc. | CC Parent Company of Pixelteq | 11500 Northlake Drive | Cincinnati | OH | 45249 |
| WPC-Triad, LLC | Golden Facility Builder Owner | 307 Lewers Street, 6th Floor | Honolulu | HI | 96815 |
| Watumull Properties Corp | CC Golden Facility Building Owner | 307 Lewers Street, 6th Floor | Honolulu | HI | 96815 |
| Colliers International | CC Golden Facility Property Manager | 4643 South Ulster Street, Ste. 1000 | Denver | CO | 80237 |
| Colliers International | CC Golden Facility Registered Agent | 4643 South Ulster Street | Denver | CO | 80237 |
| Milo Construction Corporation | Construction Contractor for Golden Facility | 1898 S. Flatiron Court, Ste. 200 | Boulder | CO | 80301 |
| Jeffrey P. Fanzo | Receiver for Colorado Springs Facility | 4980 Hillsdale Circle, Ste. A | El Dorado Hills | CA | 95762 |
| Snell & Wilmer | CC Attorney for ProEquity for Colorado Springs Facility | 1200 17th Street, Ste. 1900 | Denver | CO | 80202-5854 |
| Sovereign Eagle Capital Management Group, Inc. | CC Original Building Owner for Colorado Springs Facility | 750 B Street, Ste. 2620 | San Diego | CA | 92101 |
| Celtic Capital | AR Collateral Lender | 23622 Calabasas Road, Ste. 323 | Calabasas | CA | 91302 |
| PMC Financial Services Group, LLC | Sr. Term Loan Lender | 3816 E. LaPalma Avenue | Anaheim | CA | 92807 |
| TKF Interim Funding II, LLC | Jr. Term Loan Lender | 2595 Canyon Blvd, Ste. 420 | Boulder | CO | 80302 |
| Intel Corporation | Pre-Paid Orders of Product | 2200 Mission College Blvd. | Santa Clara | CA | 95052 |
| Intel Corporation | CC of Intel Corporation Supplier Manager | CH2-112, 5000 W. Chandler Blvd | Chandler | AZ | 85226 |
| Royal Bank America Leasing, Inc Equipment Loan | Financed Equipment Loan | 550 Township Line Road, Ste. 425 | Blue Bell | PA | 19422 |
| Garic, Inc. | Financed Equipment Loan | 26 Broadway, Ste. 961 | New York City | NY | 10004 |
| Forum Financial Services, Inc. | Financed Equipment Lease | 275 West Campbell Road, Ste. 320 | Richardson | TX | 75080 |
| Ehrhardt, Keefe, Steiner & Hottman PC | Audit and Tax Services | 7979 E Tufts Ave Ste 400 | Denver | CO | 80237-2843 |

STATEMENT OF FINANCIAL
AFFAIRS 26(d)