**Fill in this information to identify the case:**

Debtor name   **Photo Stencil, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **16-16897-MER**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| 2.1 | **Celtic Capital**<br>Creditor's Name<br><br>**23622 Calabasas Road**<br>**Suite 323**<br>**ATTN: Alexander Falo**<br>**Calabasas, CA 91302**<br>Creditor's mailing address<br><br>**afalo@celticcapital.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Accounts receivable and personal property**<br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $206,425.18 | $1,670.00 |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| 2.2 | **Forum Financial Services, Inc.**<br>Creditor's Name<br><br>**275 West Campell Road**<br>**Suite 320**<br>**ATTN: Tim O'Conner**<br>**Richardson, TX 75080**<br>Creditor's mailing address<br><br>**tim@forumleasing.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Equipment purcahsed pursuant to Master Lease Agreement**<br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $157,565.00 | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Photo Stencil, LLC**
Name

Case number (if know)   **16-16897-MER**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **PMC Financial Services Group, LLC**<br>Creditor's Name<br>**3816 East LaPalma Avenue**<br>**ATTN: Timothy Rafanello**<br>**Anaheim, CA 92807**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment, fixtures, and inventory** | **$1,738,749.02** | **$0.00** |
|---|---|---|---|---|

Describe the lien

**trafanello@pmcfsg.com**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4 | **Royal Bank America Leasing, Inc.**<br>Creditor's Name<br>**550 Township Line Road**<br>**Suite 425**<br>**ATTN: Keith Brinks**<br>**Blue Bell, PA 19422**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Equipment purchased pursuant to Equipment Financing Agreements** | **$152,803.44** | **$0.00** |
|---|---|---|---|---|

Describe the lien

**KBrinks@RBALeasing.com**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.5 | **TKF Interim Funding II, LLC**<br>Creditor's Name<br>**2595 Canyon Blvd.**<br>**Suite 420**<br>**ATTN: Gary Jacobs**<br>**Boulder, CO 80302** | Describe debtor's property that is subject to a lien<br>**Accounts receivable and personal property** | **$4,900,000.00** | **$0.00** |
|---|---|---|---|---|

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 2 of 3

| Debtor | **Photo Stencil, LLC** | Case number (*if know*) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**

**gjacobs@12partners.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $7,155,542.64

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| **William B. Freeman, Esq.**<br>**Katten Muchin Rosenman, LLP**<br>**515 South Flower Street, Suite 1000**<br>**Los Angeles, CA 90071-2212** | | Line   **2.1** | |

---

**Fill in this information to identify the case:**

Debtor name     **Photo Stencil, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **16-16897-MER**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO 80261** | **$0.00** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **$0.00** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor   **Photo Stencil, LLC**                                          Case number (if known)   **16-16897-MER**
_____
Name

| 2.3 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Wage Claims**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Paid Post-Petiton pursuant to Order Authorizing (A) Payment of Prepetiton Employee Wages and Salaries; and (B) Payment of All Costs and Expenses Incident to Foregoing Payments**

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | $106.11 |
|---|---|---|

**3M**
**3M Center**
**Saint Paul, MN 55144**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | $12,710.00 |
|---|---|---|

**A R Marketing, Inc.**
**P.O. Box 501528**
**San Diego, CA 92150**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | $4,241.00 |
|---|---|---|

**A-1 Alloys**
**3330 Beyer Blvd.**
**Suite F**
**San Diego, CA 92173**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | $11,641.39 |
|---|---|---|

**Absolute Machine**
**670 Elkton Drive**
**Colorado Springs, CO 80907**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | $8.47 |
|---|---|---|

**Accucutter**
**160 Stover Drive**
**Carlisle, PA 17013**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Photo Stencil, LLC** | Case number (*if known*) | **16-16897-MER** |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|
| 3.6 | Aculon, Inc.<br>11839 Sorrento Valley Road<br>Suite 901<br>San Diego, CA 92121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,780.00** |
|---|---|---|---|
| 3.7 | Acumen de Mexico S de R.L. de C.V.<br>Av. Camino al Iteso #8900 2-B<br>Col. Parque Industrial Tech.<br>Tlaquepague Jalisco | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461.50** |
|---|---|---|---|
| 3.8 | Adorama | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,692.33** |
|---|---|---|---|
| 3.9 | Advance Chemical Transport<br>6511 Colorado Blvd.<br>Unit #2<br>ATTN: Rusty Lea<br>Commerce City, CO 80022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,391.00** |
|---|---|---|---|
| 3.10 | Advanced Chemical Systems<br>9640 South 60th Street<br>Franklin, WI 53132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,523.77** |
|---|---|---|---|
| 3.11 | Air Liquide<br>P.O. Box 301046<br>Dallas, TX 75303-1046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,023.17** |
|---|---|---|---|
| 3.12 | Airgas Intermountain, Inc.<br>P.O. Box 7430<br>Pasadena, CA 91109-7430 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.10 |
|---|---|---|---|

**Amazon.com**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,334.92 |
|---|---|---|---|

**American Express Travel Related Services
2965 West Corporate Lakes Blvd.
Weston, FL 33331**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.50 |
|---|---|---|---|

**American United Life Insurance Company
One American Square
Indianapolis, IN 46282**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,242.50 |
|---|---|---|---|

**Applied Industrial & Architectural
Plastics
290 East 56th Avenue
Denver, CO 80216**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,983.82 |
|---|---|---|---|

**Armstrong Transportation
P.O. Box 1178
San Antonio, TX 78294**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,791.00 |
|---|---|---|---|

**Ascentec Engineering
18500 SW 108th Avenue
Tualatin, OR 97062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.05 |
|---|---|---|---|

**AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number *(if known)* | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,003.00 |
|---|---|---|---|

**AutoDesk, Inc./Donahue Fitzgerald, LLP**
**80 East Sir Francis Drake Blvd.**
**Suite 2M**
**ATTN: Care L. Heller-Pittman, Esq.**
**Larkspur, CA 94939**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|---|---|---|---|

**Automation Direct**
**3505 Hutchinson Road**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.18 |
|---|---|---|---|

**Barney Corporation**

**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,325.80 |
|---|---|---|---|

**Beckman Coulter**
**BEC Department CH 10164**
**Palatine, IL 10164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.01 |
|---|---|---|---|

**CFM Company**
**1440 South Lipan Street**
**Denver, CO 80223-3411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|

**Chemcut**
**500 Science Park Road**
**State College, PA 16803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**ChemCut Corporation**
**500 Science Park Road**
**ATTN: Ron Rupert**
**State College, PA 16803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Photo Stencil, LLC**
Name

Case number (if known)  **16-16897-MER**

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Chris Osborn**
**8242 Coeur D'Arlene Drive**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,798.44 |
|---|---|---|---|

**Cintas Corporation**
**2850 North El Paso Street**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Clark Richardson & Biskup**
**11101 West 120th Avenue**
**Suite 16C**
**ATTN: Joshua Kunert**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,525.65 |
|---|---|---|---|

**Clark, Richardson & Buskup Consulting**
**Engineers, Inc.**
**1251 NW Briarcliff Parkway**
**Suite 500**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,277.50 |
|---|---|---|---|

**Clean Earth Systems, Inc.**
**15245 Amberly Drive**
**Tampa, FL 33647-2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,243.33 |
|---|---|---|---|

**Clean Zone Technology, LLC**
**3107 West Colorado Avenue**
**Suite 120**
**Colorado Springs, CO 80904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,167.71 |
|---|---|---|---|

**CNA Insurance**
**P.O. Box 790094**
**ATTN: Aaron Eide**
**Saint Louis, MO 63179-0094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Coach Training Alliance**
**217 West Olive Street**
**Fort Collins, CO 80521**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.96 |
|---|---|---|---|

**Cole - Parmer**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.00 |
|---|---|---|---|

**Colorado Metallurgical Services**
**10605 East 25th Avenue**
**Aurora, CO 80010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.00 |
|---|---|---|---|

**Colorado Pest Pros**
**1445 South Chase Street**
**Lakewood, CO 80232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,132.00 |
|---|---|---|---|

**Colorado Springs Utilities**
**P.O. Box 1103**
**Colorado Springs, CO 80947-0010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.46 |
|---|---|---|---|

**Con-Way Transportation Services, Inc.**
**P.O. Box 5160**
**Portland, OR 97208-5160**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,636.00 |
|---|---|---|---|

**Concentra Medical Services**
**P.O. Box 9008/9009**
**Broomfield, CO 80021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|--------|------------------------|------------------------|------------------|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Creek Ridge Capital**
**7808 Creekridge Circle**
**Suite 250**
**ATTN: Kathy Marx**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,226.00 |
|------|---|---|---|

**Customs Masters/Flo King Filter Systems**
**401 Lake Bennett Court**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,327.81 |
|------|---|---|---|

**Datum Alloys, Inc.**
**407 Airport Road**
**Endicott, NY 13760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,007.22 |
|------|---|---|---|

**Davis Graham & Stubbs, LLP**
**1550 17th Street**
**Suite 500**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Davis, Graham & Stubbs, LLP**
**1550 17th Street**
**Suite 50C**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,609.49 |
|------|---|---|---|

**Dell Financial Loan**
**99355 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.52 |
|------|---|---|---|

**Denco Sales Company**
**55 South Yuma**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36.00** |
|---|---|---|---|

**DHL World Express**
**Los Angeles Lockbox #5195**
**P.O. Box 742802**
**Los Angeles, CA 90074-2802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$122.02** |
|---|---|---|---|

**Digi-Key**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$333.00** |
|---|---|---|---|

**Donahue Fitzgerald, LLP**
**80 East Sir Francis Drake Blvd.**
**Suite 2M**
**Larkspur, CA 94939**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,042.97** |
|---|---|---|---|

**Dosatron**
**2090 Sunnydale Blvd.**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,283.97** |
|---|---|---|---|

**dpc Networks**
**4251 Kipling Street**
**Suite 580**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,234.62** |
|---|---|---|---|

**Ehrhardt, Keefe, Steiner & Hottman, P.C.**
**7979 East Tufts Avenue**
**Suite 400**
**ATTN: Cheryl Fabry**
**Denver, CO 80237-2843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
|---|---|---|---|

**Elreha Electronic Manufacturing Services**
**Elreha Jordan**
**Amman - Jordan**
**Queen F Al Burj Building #91-1th**
**Amman   11190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
| --- | --- | --- | --- |

Eric Weissman
2595 Canyon Blvd.
Suite 420
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191.40** |
| --- | --- | --- | --- |

Estes Express Lines
P.O. Box 25612
Richmond, VA 23260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.00** |
| --- | --- | --- | --- |

eTechNext.com

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
| --- | --- | --- | --- |

Evgeny Bugaev

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.00** |
| --- | --- | --- | --- |

Express Testing
5023 West 120th Avenue
Suite 307
Broomfield, CO 80020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$769.84** |
| --- | --- | --- | --- |

Fairfield Inn & Suites
15275 Struthers Road
Colorado Springs, CO 80921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,053.32** |
| --- | --- | --- | --- |

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,890.39 |
|---|---|---|---|

**Fedex Freight West**
**Department CH**
**P.O. Box 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $625.00 |
|---|---|---|---|

**FedEx Truckload Brokerage**
**P.O. Box 645123**
**Pittsburgh, PA 15264-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74.93 |
|---|---|---|---|

**Filters Fast**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Fire Alarm Services, Inc.**
**4800 West 60th Avenue**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $44.74 |
|---|---|---|---|

**Fisher Scientific**
**Account #760345-001**
**13551 Collections Circle Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,417.67 |
|---|---|---|---|

**Forum Financial Services, Inc.**
**275 West Campell Road**
**Suite 320**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $87.00 |
|---|---|---|---|

**Fred LeVine Services, Inc.**
**1415 Redeker Road**
**Des Plaines, IL 60016-3413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.94 |
|---|---|---|---|
| | **FSL/EYE Med Premiums**<br>**P.O. Box 632530**<br>**Cincinnati, OH 45263-2530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.98 |
|---|---|---|---|
| | **Full Source, LLC**<br>**10302 Deerwood Park Blvd.**<br>**Suite 200**<br>**Jacksonville, FL 32256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Garic, Inc.**<br>**26 Broadway**<br>**Suite 961**<br>**ATTN: Tracy Ricard**<br>**New York, NY 10004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.80 |
|---|---|---|---|
| | **Gempler's**<br>**1125 Deming Way**<br>**P.O. Box 44993**<br>**Madison, WI 53744-4993** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.10 |
|---|---|---|---|
| | **Global Industrial.com**<br>**29833 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.00 |
|---|---|---|---|
| | **GMM, LLC**<br>**1131 Delene Road**<br>**Rydal, PA 19046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,759.73 |
|---|---|---|---|
| | **Hach Co.**<br>**2207 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Photo Stencil, LLC**
_____
Name

Case number (if known)   **16-16897-MER**
_____

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$755,919.32** |
|------|-----|-----|-----|

**Halma Holdings, Inc.**
**11500 Northlake Drive**
**ATTN: Arnold Moshier**
**Cincinnati, OH 45249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,619.12** |
|------|-----|-----|-----|

**Harrington Industrial Plastics, Inc.**
**P.O. Box 5128**
**14480 Yorba Avenue**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,634.44** |
|------|-----|-----|-----|

**High Country Crane & Rigging, Inc.**
**2165 Janitell Road**
**Unit 104**
**ATTN: Jerry Sombers**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,634.44** |
|------|-----|-----|-----|

**High Country Crane & Rigging, LLC**
**2165 Janitell Road**
**Unit 104**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,471.67** |
|------|-----|-----|-----|

**Hisco**
**12110 North Tejon Street**
**ATTN: Dawnna Nieto**
**Westminster, CO 80234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$918.73** |
|------|-----|-----|-----|

**Home Depot**
**7120 North Academy Blvd.**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$139.00** |
|------|-----|-----|-----|

**Horizon Glass**
**500 West Tennessee Avenue**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | | Case number (if known) | **16-16897-MER** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,249.36** |
|---|---|---|---|

**IBM Credit LLC Software**
**7100 Highlands Parkway**
**ATTN: Andy Gravina**
**Smyrna, GA 30082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$161.45** |
|---|---|---|---|

**Industrial Printers**
**110 East Enterprise**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.00** |
|---|---|---|---|

**Industrial Spring Steel**
**2656 North Salmon Street**
**Philadelphia, PA 19125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,857.04** |
|---|---|---|---|

**Infinite Graphics Incorporated**
**Software Loan**
**4611 East Lake Street**
**ATTN: Andy Kaske**
**Minneapolis, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Infinite Graphics, Inc.**
**4611 East Lake Street**
**Minneapolis, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,787.97** |
|---|---|---|---|

**Ingersol-Rand Company**
**4705 B Oakland Street**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53.82** |
|---|---|---|---|

**Ink Technologies.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number *(if known)* | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

**3.90**

**Nonpriority creditor's name and mailing address**

Innotek Products, Inc.
3700 Annapolis Lane North
Suite 145
Plymouth, MN 55447

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$698.27

---

**3.91**

**Nonpriority creditor's name and mailing address**

Integrity Electrical Solutions, LLC
1860 West Hamilton Place
ATTN: Chris Cumpton
Englewood, CO 80110

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$132,228.02

---

**3.92**

**Nonpriority creditor's name and mailing address**

Intel Corporation
2200 Mission College Blvd.
Santa Clara, CA 95052

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$880,000.00

---

**3.93**

**Nonpriority creditor's name and mailing address**

International Electronic Components, Inc
809 Aldo Avenue
Suite 104
ATTN: Bernie Consitt
Santa Clara, CA 95054

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$94,158.24

---

**3.94**

**Nonpriority creditor's name and mailing address**

Interstate Chemical Company, Inc.
2720 Reliable Parkway
Chicago, IL 60686-0027

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,648.06

---

**3.95**

**Nonpriority creditor's name and mailing address**

Iron Mountain
P.O. Box 915004
Dallas, TX 75391

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,533.20

---

**3.96**

**Nonpriority creditor's name and mailing address**

Jan-Pro of Southern Colorado
5360 North Academy
Suite 150
Colorado Springs, CO 80918

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$335.56

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,236.00 |
|---|---|---|---|

**JanPro Cleaning Systems of Colorado**
**215 Union Blvd.**
**Suit e210**
**Lakewood, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,321.14 |
|---|---|---|---|

**Karl Pfluke**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Klontech Industrial Sales**
**5730 East Leita Lane**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,260.65 |
|---|---|---|---|

**Klontech Measurement Solutions**
**125 West Gemini Drive**
**Suite E-18**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $247.16 |
|---|---|---|---|

**Know Ware International, Inc.**
**2696 South Colorado**
**Suite 555**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $934.60 |
|---|---|---|---|

**Konica Minolta Premier Finance**
**P.O. Box 31001-0273**
**Pasadena, CA 91110-0273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,738.77 |
|---|---|---|---|

**Konica Minolte**
**Department CH 19188**
**Palatine, IL 60055-9188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,485.50**

**Lathrop & Gage, LLP**
**2345 Grand Blvd.**
**Kansas City, MO 94108-2618**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lathrop & Gage, LLP**
**4845 Pearl East Circle**
**Suite 201**
**ATTN: Curtis Vock**
**Boulder, CO 80301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Law Office of Dale B. Halling, LLC**
**3595 East Fountain Blvd.**
**Suite A2**
**ATTN: Dale B. Halling, Esq.**
**Colorado Springs, CO 80910**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$219.93**

**Lidco Products**
**790 Cleveland Avenue South**
**Suite 205**
**Saint Paul, MN 55116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,695.20**

**Lincoln Financial Group**
**P.O. Box 0821**
**Carol Stream, IL 60132-0821**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,801.82**

**LPKF Laser & Electronics, Inc.**
**12555 SW Leveton Drive**
**Tualatin, OR 97062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,780.00**

**Manufacturer's Edge**
**9200 East Mineral Avenue**
**Suite 1150**
**Centennial, CO 80112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Photo Stencil, LLC**
Name

Case number (if known)   **16-16897-MER**

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,100.00** |
|---|---|---|---|

**Maqim**
**Hacienda Estipac 1107-A**
**COL. Hacienda De Vidrios**
**Tiaquepague Jalisco, CP 45820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,807.50** |
|---|---|---|---|

**Marcus Sumpter**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,891.19** |
|---|---|---|---|

**McMaster-Carr Supply Company**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,975.00** |
|---|---|---|---|

**Metro Fence**
**8335 Quebec Street**
**ATTN: Shirley Knorr**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,975.00** |
|---|---|---|---|

**Metro Fence Company, Inc.**
**8335 Quebec Street**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,580.22** |
|---|---|---|---|

**MHC Truck Leasing**
**P.O. Box 879269**
**Kansas City, MO 64187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$231.00** |
|---|---|---|---|

**Micro Precision Calibration, Inc.**
**22835 Industrial Place**
**Grass Valley, CA 95949**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,472.35 |
|---|---|---|---|

**Microscreen LLC**
**1106 South High Street**
**ATTN: Mark Lowdermilk**
**South Bend, IN 46601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.50 |
|---|---|---|---|

**Midwest Sign & Screen**
**NW 6161**
**P.O. Box 1450**
**Minneapolis, MN 55485-6161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482,527.69 |
|---|---|---|---|

**Milo Construction Corporation**
**18898 South Flatiron Court**
**Suite 200**
**ATTN: Pat Minniear**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.50 |
|---|---|---|---|

**Monroe & Newell Engineers, Inc.**
**P.O. Box 1791**
**Rifle, CO 81650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,821.00 |
|---|---|---|---|

**Mr. Lightning**
**3788 Interpark Drive**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,321.00 |
|---|---|---|---|

**Mr. Lightning**
**3788 Interpark Drive**
**ATTN: Brandy Meggison**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.44 |
|---|---|---|---|

**MSC Industrial Supply Co.**
**Department CH 0075**
**Palatine, IL 60055-0075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Photo Stencil, LLC**                          Case number (if known)   **16-16897-MER**
_____
Name

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   $0.00 |
| | **Mulliken Weiner Berg & Jolivet, P.C.** | ☐ Contingent |
| | **102 South Tejon** | ☐ Unliquidated |
| | **Suite 900** | ☐ Disputed |
| | **ATTN: Murray Weiner** | |
| | **Colorado Springs, CO 80903** | Basis for the claim: __Notice Purposes Only__ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   $5,494.50 |
| | **Mulliken Weiner Karsh Berg & Jolivet** | ☐ Contingent |
| | **102 South Tejon** | ☐ Unliquidated |
| | **Suite 900** | ☐ Disputed |
| | **Colorado Springs, CO 80903** | |
| | | Basis for the claim: _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   $4,590.12 |
| | **National Electronics Alloys, Inc.** | ☐ Contingent |
| | **3 Fir Court** | ☐ Unliquidated |
| | **Oakland, NJ 07436** | ☐ Disputed |
| | | Basis for the claim: _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   $1,499.81 |
| | **National Graphic Supply** | ☐ Contingent |
| | **2431 Zanker Road** | ☐ Unliquidated |
| | **San Jose, CA 95131** | ☐ Disputed |
| | | Basis for the claim: _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   $2,461.24 |
| | **North Table Mountain Water & Sanitation** | ☐ Contingent |
| | **District** | ☐ Unliquidated |
| | **14806 West 52nd Avenue** | ☐ Disputed |
| | **Golden, CO 80403-1228** | |
| | | Basis for the claim: _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   $924.16 |
| | **PAETEC** | ☐ Contingent |
| | **P.O. Box 9001013** | ☐ Unliquidated |
| | **Louisville, KY 40290-1013** | ☐ Disputed |
| | | Basis for the claim: _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   $194,102.49 |
| | **Palm International** | ☐ Contingent |
| | **1717 JP Hennessey Drive** | ☐ Unliquidated |
| | **ATTN: Charles Johnson** | ☐ Disputed |
| | **La Vergne, TN 37086** | |
| | | Basis for the claim: _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$194,102.49** |
|---|---|---|---|

**Palm Technology**
**1717 JP Hennessy Drive**
**ATTN: Charles Johnson**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$919.26** |
|---|---|---|---|

**PCI**
**49 Pellham Road**
**Unit B**
**Salem, NH 03079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**People's Bank**
**5175 North Academy Blvd.**
**ATTN: Brendan Zahl**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.90** |
|---|---|---|---|

**Personnel Concepts**
**P.O. Box 5750**
**Carol Stream, IL 60197-5750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,248.16** |
|---|---|---|---|

**Phani Vallabhajosyula**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$466,939.62** |
|---|---|---|---|

**Photo Stencil Holdings, Inc.**
**2595 Canyon Blvd.**
**Suite 420**
**ATTN: Gary Jacobs**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Parent Company Transactions_

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,296.00** |
|---|---|---|---|

**Photo Stencil, Mexico**
**Permex #23**
**Hacienda de vidrios**
**Tlaquepague Jalisco, OH 45580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Photo Stencil, LLC**                                     Case number (if known)   **16-16897-MER**
_____
Name

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,794.49 |
|---|---|---|---|

**Pikes Peak Moving & Storage**
**30 Mount View Lane**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,085.49 |
|---|---|---|---|

**Pinnacol Assurance**
**7501 East Lowry Blvd.**
**Denver, CO 80230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $492.13 |
|---|---|---|---|

**Pitney Bowes**
**P.O. Box 856042**
**Louisville, KY 40285-6042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $755,919.32 |
|---|---|---|---|

**Pixelteq**
**8060 Bryan Dairy Road**
**Suite A**
**ATTN: Gordon McPhee**
**Largo, FL 33777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,290.00 |
|---|---|---|---|

**Pro Machine & Engineering, Inc.**
**603 South 29th Street**
**Colorado Springs, CO 80904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,265.00 |
|---|---|---|---|

**Process Technology Incorporated**
**P.O. Box 75722**
**Cleveland, OH 55202-4755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $179.97 |
|---|---|---|---|

**ProSafety Co.**
**5805 West Hemlock Street**
**Milwaukee, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Photo Stencil, LLC**
Name

Case number (if known)   **16-16897-MER**

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **PSC - 21st Century Environmental Service** | ☐ Contingent |
| | **27727 Network Place** | ☐ Unliquidated |
| | **Chicago, IL 60673-1277** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$9,162.56**

| | | |
|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **PTC Instruments** | ☐ Contingent |
| | **2301 Federal Avenue** | ☐ Unliquidated |
| | **Los Angeles, CA 90064** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$90.00**

| | | |
|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Purchase Power** | ☐ Contingent |
| | **500 Ross Street** | ☐ Unliquidated |
| | **Suite 154-0470** | ☐ Disputed |
| | **Pittsburgh, PA 15262-0001** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$73.23**

| | | |
|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **QEH2, LLC** | ☐ Contingent |
| | **401 South Wilcox Street** | ☐ Unliquidated |
| | **Suite 123** | ☐ Disputed |
| | **ATTN: Quentin Jaksch** | |
| | **Castle Rock, CO 80104** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$55,462.93**

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Qualitest USA** | ☐ Contingent |
| | **1323 SE 17th Street** | ☐ Unliquidated |
| | **Suite 200** | ☐ Disputed |
| | **Fort Lauderdale, FL 33316** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$700.00**

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Rap Express** | ☐ Contingent |
| | **2486 Waynoka Road** | ☐ Unliquidated |
| | **Colorado Springs, CO 80915** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$1,254.45**

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **RBP Chemical Technology, Inc.** | ☐ Contingent |
| | **P.O. Box 8488** | ☐ Unliquidated |
| | **Carol Stream, IL 60197-8488** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$6,952.00**

Debtor **Photo Stencil, LLC**                                        Case number (if known)   **16-16897-MER**
_____
Name

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.75 |
|---|---|---|---|

**Redi-Relief First Aid & Safety, Inc.**
**6111 South Richfield Court**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,361.57 |
|---|---|---|---|

**Republic Services**
**P.O. Box 78829**
**Phoenix, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.65 |
|---|---|---|---|

**Rocky Mountain Reagants, Inc.**
**4621 Technology Drive**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.65 |
|---|---|---|---|

**Ryan Herco**
**Lockbox #842318**
**P.O. Box 842318**
**Boston, MA 02284-2318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryley Carlock**
**1700 Lincoln Street**
**Suite 3500**
**ATTN: Julie A. Rosen, Esq.**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $739.00 |
|---|---|---|---|

**Ryley Carlock & Applewhite**
**One North Central Avenue**
**Suite 1200**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,903.02 |
|---|---|---|---|

**Saati Print**
**201 Fairview Street Extension**
**Fountain Inn, SC 29644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.16 |
|---|---|---|---|

**Safeguard Business Systems**
P.O. Box 88043
Chicago, IL 60680-1043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $908.74 |
|---|---|---|---|

**SEKO**
P.O. Box 71141
Chicago, IL 60694-1141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.25 |
|---|---|---|---|

**Shimadzu Scientific Instruments, Inc.**
Department 0219
P.O. Box 120219
Dallas, TX 75312-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,476.60 |
|---|---|---|---|

**Shred-It**
P.O. Box 101077
Pasadena, CA 91189-1007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.41 |
|---|---|---|---|

**Sigma Aldrich**
3050 Spruce Street
Saint Louis, MO 63103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.63 |
|---|---|---|---|

**Silver Anvil Engineering Corp.**
P.O. Box 2530
Parker, CO 80134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.99 |
|---|---|---|---|

**Software Media.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |
|---|---|---|---|

**Solar Graphics**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200,000.00 |
|---|---|---|---|

**Sovereign Eagle Capital Management Group**
**750 B Street**
**Suite 2620**
**ATTN: Todd Mikles**
**San Diego, CA 92101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.42 |
|---|---|---|---|

**Staples**
**P.O. Box 6721**
**The Lakes, NV 88901-6721**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.11 |
|---|---|---|---|

**Staples**
**Credit Card Purchase**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.72 |
|---|---|---|---|

**Stericycle**
**2120 Southwest Blvd.**
**Tulsa, OK 74107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tannlin UK Ltd.**
**Aerospace Park**
**Prestwick UK KA9 2TU**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
|---|---|---|---|

**Techsource International, Inc.**
**P.O. Box 2689**
**Attleboro Falls, MA 02763**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Ted D. Miller Associates, Inc.**
**611 Corporate Circle**
**Unit J**
**Golden, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,797.15

---

**3.175**

**Nonpriority creditor's name and mailing address**

**The Delta Dental Plan of Colorado**
**ATTN: Accounting**
**P.O. Box 912148**
**Denver, CO 80291-2148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,840.28

---

**3.176**

**Nonpriority creditor's name and mailing address**

**Towne Place Suites**
**4760 Centennial Blvd.**
**Colorado Springs, CO 80919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15,953.72

---

**3.177**

**Nonpriority creditor's name and mailing address**

**Tyco Integrated Security**
**P.O. Box 371967**
**Pittsburgh, PA 15250-7967**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$441.03

---

**3.178**

**Nonpriority creditor's name and mailing address**

**Uline**
**ATTN: Accounts Receivable**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$25.04

---

**3.179**

**Nonpriority creditor's name and mailing address**

**United Health Care**
**Dept. CH 10151**
**ATTN: Kenneth Sloan**
**Palatine, IL 60055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$29,000.00

---

**3.180**

**Nonpriority creditor's name and mailing address**

**United Parcel Service**
**P.O. Box 650580**
**Dallas, TX 75265-0580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,336.83

---

Debtor   **Photo Stencil, LLC**                                          Case number (if known)   **16-16897-MER**
_____
Name

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.181**

**Nonpriority creditor's name and mailing address**
**US Plastic Corp.**
**1390 Neubrecht Road**
**Lima, OH 45801-3196**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$219.76**

---

**3.182**

**Nonpriority creditor's name and mailing address**
**VGD USA.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$450.29**

---

**3.183**

**Nonpriority creditor's name and mailing address**
**Viba International**
**2280 Trade Zone Blvd.**
**San Jose, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

**3.184**

**Nonpriority creditor's name and mailing address**
**VWR Scientific**
**Divison of VWR Scientific Product**
**P.O. Box 640169**
**Pittsburgh, PA 15264-0169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$153.00**

---

**3.185**

**Nonpriority creditor's name and mailing address**
**W. W. Grainger**
**Department 818491250**
**P.O. Box 419267**
**Kansas City, MO 64141-6267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$342.39**

---

**3.186**

**Nonpriority creditor's name and mailing address**
**Warehouse Options**
**2140 North Marksheffel Road**
**Colorado Springs, CO 80915-9726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,325.78**

---

**3.187**

**Nonpriority creditor's name and mailing address**
**Watumull Properties Corp.**
**307 Lewers Street**
**6th Floor**
**ATTN: Jaidev Watumull**
**Honolulu, HI 96815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$600,000.00**

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600,000.00** |

**WPC-Triad, LLC**
**307 Lewers Street**
**6th Floor**
**ATTN: Brad Calbert**
**Honolulu, HI 96815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,444.68** |

**Xcel Energy**
**P.O. Box 9477**
**ATTN: Stu Downing**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |

**Ying Shiau**
**1204 Wilhelmina Way**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.25** |

**YRC**
**P.O. Box 730375**
**Dallas, TX 75373-0375**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**c/o Jaff & Asher, LLP**<br>**600 Third Avenue**<br>**ATTN: Dennis Pons**<br>**New York, NY 10016** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Express Travel Related Services**<br>**P.O. Box 981531**<br>**El Paso, TX 15131** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Blockwick Einstein Krahenbuhl, LLC**<br>**2672 North Park Drive, STE 200**<br>**Lafayette, CO 80026** | Line **3.120**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Halma Holdings, Inc.**<br>**11500 Northlake Drive**<br>**Cincinnati, OH 45249** | Line **3.142**<br><br>☐ Not listed. Explain ____ | _ |

---

Debtor   **Photo Stencil, LLC**
_____
Name

Case number (if known)   **16-16897-MER**
_____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Integrity Electrical Solutions, LLC**<br>**c/o Sandstrum Law, LLC**<br>**1515 Wynkoop, STE 360**<br>**Denver, CO 80202** | Line **3.91**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Intel Corporation**<br>**CH2-112**<br>**5000 West Chandler Blvd.**<br>**ATTN: John Bryne**<br>**Chandler, AZ 85226** | Line **3.92**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Internal Revenue Insolvency Unit**<br>**199 Broadway MS5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jeffrey P. Fanzo**<br>**4980 Hillsdale Circle**<br>**Suite A**<br>**El Dorado Hills, CA 95762** | Line **3.168**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Office of the Attorney General**<br>**United States Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, D. 20530-0001** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Office of the Attorney General**<br>**State of Colorado**<br>**1525 Sherman Street, 7th Floor**<br>**Denver, CO 80203** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Office of the United States Attorney**<br>**District of Colorado**<br>**1225 Seventeenth Street**<br>**Suite 700**<br>**Denver, CO 80202-5598** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Snell & Wilmer**<br>**ATTN: Brian P. Gaffney, Esq.**<br>**1200 17th Street, Suite 190C**<br>**Denver, CO 80202** | Line **3.168**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Sovereign Eagle Capital Management Group**<br>**750 B Street**<br>**Suite 2620**<br>**ATTN: Todd Mikles**<br>**San Diego, CA 92101** | Line **3.168**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Watumull Properties Corp**<br>**c/o Colliers International**<br>**4643 South Ulter Street, STE 1000**<br>**Denver, CO 80237** | Line **3.187**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Photo Stencil, LLC** | | Case number (if known) | **16-16897-MER** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | **WPC-Triad, LLC** **c/o Silver & Deboskey** **1801 York Street** **Denver, CO 80206** | Line  3.188 □ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **7,608,232.19** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **7,608,232.19** |