**Fill in this information to identify the case:**

Debtor name: **Photo Stencil, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): **16-16897-MER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Software; Debtor is Lessee** | |
| | State the term remaining | **24 months** | **Creek Ridge Capital**<br>**7808 Creekridge Circle**<br>**Suite 250**<br>**ATTN: Kathy Marx**<br>**Minneapolis, MN 55439** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Equipment; Debtor is lessee** | |
| | State the term remaining | **2 months** | **Garic, Inc.**<br>**26 Broadway**<br>**Suite 961**<br>**ATTN: Tracy Ricard**<br>**New York, NY 10004** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lase of 5175 North Academy Boulevard, Colorado Springs; Debtor is Lessee** | |
| | State the term remaining | **26 months** | **People's Bank**<br>**5175 North Academy Blvd.**<br>**ATTN: Brendan Zahl**<br>**Colorado Springs, CO 80918** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Sub-Lease of 16080 Table Mountain Parkway; Debtor is Sub-Lessee** | |
| | State the term remaining | | **Pixelteq**<br>**8060 Bryan Dairy Road**<br>**Suite A**<br>**ATTN: Gordon McPhee**<br>**Largo, FL 33777** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Photo Stencil, LLC** | | Case number *(if known)* | **16-16897-MER** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Lease of Property Located at 4725 Centennial Boulevard, Colorado Spring, CO; Debtor is Lessee** | **Sovereign Eagle Capital Management Group**<br>**750 B Street**<br>**Suite 2620**<br>**ATTN: Todd Mikles**<br>**San Diego, CA 92101** |
| 2.6.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Parent Lease of 16080 Table Mountain Parkway; Debtor is Sub-Lessee** | **Watumull Properties Corp.**<br>**307 Lewers Street**<br>**6th Floor**<br>**ATTN: Jaidev Watumull**<br>**Honolulu, HI 96815** |