# United States Bankruptcy Court
## District of Colorado

In re **Photo Stencil, LLC**
Debtor(s)

Case No. **16-16897-MER**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kachi Partners**<br>**2595 Canyon Blvd.**<br>**Suite 420**<br>**Boulder, CO 80302** | | | **100% ownership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 2, 2016**

Signature **/s/ Eric Weissmann**
**Eric Weissmann**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.