UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PHOTO STENCIL, LLC | ) | Case No. 16-16897-MER |
| EIN: 26-0334354 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S STATUS REPORT**

The Debtor and Debtor-in-Possession, Photo Stencil, LLC ("Debtor"), by and through its attorneys, Kutner Brinen, P.C., sets forth its Status Report in response to the Court's Order of July 15, 2016 as follows:

1. The Debtor filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on July 12, 2016. The Debtor remains a Debtor-in-Possession.

2. The Debtor is engaged in business as a designer and manufacturer of high-performance stencils, squeegee blades, and tooling for the surface mount assembly, solar, and semiconductor industries. Among other things, the Debtor designs and manufactures high end stencils for the electrical component industry and is the only such company with such capability in North America. The Debtor operates out of its facility located at 16080 Table Mountain Parkway, Suite 100, Golden, Colorado 80403. Additional information on the Debtor is located at the Debtor's website, www.photostencil.com.

3. The Debtor is currently operating and engaged in a manufacturing business. The Debtor currently employs approximately 37 people following several reductions in force that have been implemented to reduce costs.

4. The Debtor's filing was precipitated by financial issues following the fraudulent theft of proprietary business information in 2013 at the Debtor's Malaysian subsidiary. The Debtor further sublet its production facility and office in April 2014, but was unable to move into the facility until January 2016, as a result of the substantial improvements and equipment required by the Debtor. The facility was improved by the Debtor at that cost of approximately $3 million.

5. The Debtor has several secured loan obligations. The most senior lien on accounts receivable and personal property is held by Celtic Capital Corporation ("Celtic"). The Celtic loan has an outstanding balance of approximately $250,530. The junior liens to that held by Celtic is a

secured claim held by TKF Interim Funding II, LLC ("TKF").  The TKF loan has an outstanding balance of approximately $4,900,000.  The TKF loan is also secured by all accounts receivable and personal property.  The TKF lien is subordinate to the Celtic lien by written agreement of the parties.  The next lien is held by PMC Financial Services Group, LLC ("PMC").  The PMC claim is approximately $2,000,000 and is senior to the TKF lien.

6. The Debtor filed a Motion for Authority to Use Cash Collateral on July 13, 2016.  The Debtor is currently authorized to use cash collateral through August 18, 2016 pursuant to the Order Extending Interim Order Authorizing Use of Cash Collateral entered on July 28, 2016.

7. The Debtor has also filed a Motion for Approval of Debtor-in-Possession Financing to obtain a post-petition loan from Celtic that would provide funding for the Debtor's operations.  The Motion for Approval of Post-Petition Financing is currently pending before the Court, and TKF has sought an extension through August 25, 2016.

8. The Debtor filed the case in order to restructure its debt obligations, further reduce its operating costs, and remain in business.  The Debtor has sufficient insurance coverage in place to the extent required, and is expected to have minimal tax obligations due to net operating losses in prior years.

9. The Debtor has prepared a budget and projections of the remainder of the year 2016.  Some revisions to the budget may be necessary depending on the agreements reached regarding the Debtor's continued use of cash collateral.

10. The Debtor has retained counsel, Kutner Brinen, P.C. ("KB"), and will also be retaining an accountant, and special counsel to assist with intellectual property issues.  Fees and costs for KB are uncertain at the time.  Fees and costs for the accountant are anticipated to be no more than $12,000.  Fees and costs for special counsel will be dependent on the nature and complexity of the intellectual property issues that arise.

11. The Statement of Financial Affairs and Schedules have been filed.  The Debtor anticipates that amendments to the Statement of Financial Affairs and Schedules will be necessary and will be completed on, or shortly after, August 22, 2016.  The Debtor will file for a bar date 60-90 days into the case.  The Debtor anticipates that the Plan and Disclosure Statement can be filed within 120 days.

DATED: August 17, 2016                    Respectfully submitted,

                                              By: */s/ Keri L. Riley*
                                                   Lee M. Kutner, #10966
                                                   Keri L. Riley, #47605
                                                   **KUTNER BRINEN, P.C.**
                                                   1660 Lincoln Street, Suite 1850
                                                   Denver, CO 80264
                                                   Telephone: (303) 832-2400
                                                   Facsimile: (303) 832-1510
                                                   Email: lmk@kutnerlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on August 17, 2016, I served by prepaid first class mail a copy of the **DEBTOR'S STATUS REPORT** in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on all interested parties the movant mailed the foregoing to the following addresses:

David T. Brennan, Esq.  
950 17th St.  
Ste. 1600  
Denver, CO 80202  

Steven W. Kelly, Esq.  
1801 York St.  
Denver, CO 80206  

Peter W. Ito, Esq.  
1550 Larimer St.  
Ste. 667  
Denver, CO 80202  

Douglas C. Pearce, II, Esq.  
950 Spruce St.  
Ste. 1C  
Louisville, CO 80027  

Paul S. Arrow, Esq.  
1000 Wilshire Blvd., Ste. 1500  
Los Angeles, CA 90017  

Mark F. Bell, Esq.  
360 S. Garfield St.  
Ste. 600  
Denver, CO 80209  

Patrick H. Pugh, Esq.  
1225 17th St.  
Suite 2300  
Denver, CO 80202-5596  

Brian P. Gaffney, Esq.  
1200 17th St.  
Ste. 1900  
Denver, CO 80202  

Caroline C. Fuller, Esq.  
1801 California St.  
Ste. 2600  
Denver, CO 80202  

US Trustee  
Byron G. Rogers Federal Building  
1961 Stout St.  
Ste. 12-200  
Denver, CO 80294  

Daniel J. Morse, Esq.  
308 W. 21st St.  
Ste. 203  
Cheyenne, WY 82001  

*s/ Angela R. Upton*  
Angela R. Upton