## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| PHOTO STENCIL, LLC | Case Number 16-16897-MER |
| EIN: 26-0334354, | Chapter 11 |
| Debtor | |

### ENTRY OF APPEARANCE

    PURSUANT TO Fed. R. Bankr. P. 9010(b), Steven T. Mulligan of Jackson Kelly PLLC, hereby enters his appearance in this Bankruptcy Case on behalf of Rogers and Sons, Inc. ("Rogers") as an interested party in the above-entitled bankruptcy action, and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Steven T. Mulligan
> Jackson Kelly PLLC
> 1099 18th St., Suite 2150
> Denver, Colorado 80202
> Tel: (303) 390-0003
> Fax: (303) 390-0177
> smulligan@jacksonkelly.com

    PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect, in any way, any rights or interest of Rogers.

    Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Rogers's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Rogers's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Rogers's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or recoupments to which Rogers is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserve.

4826-9845-4585.v1

Dated: September 28, 2016.

                                                        Jackson Kelly PLLC

                                                        By: */s/ Steven T. Mulligan*
                                                             Steven T. Mulligan, #19901
1099 18th Street, Suite 2150
Denver, Colorado 80202
303-390-0003 T
303-390-0177 F
smulligan@jacksonkelly.com

*Attorneys for Rogers & Sons, Inc.*

2

4826-9845-4585.v1