Fill in this information to identify the case:

Debtor name: **Photo Stencil, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **16-16897-MER**

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue  Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From **1/01/2016** to **Filing Date** | ■ Operating a business  ☐ Other | $2,699,634.00 |
| **For prior year:**  From **1/01/2015** to **12/31/2015** | ■ Operating a business  ☐ Other | $7,632,362.00 |
| **For year before that:**  From **1/01/2014** to **12/31/2014** | ■ Operating a business  ☐ Other | ~~$8,718,155.00~~ |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From **1/01/2016** to **Filing Date** | Insurance Claim: $18,704;  Interest Income: $25,237 | $43,941.00 |
| **For prior year:**  From **1/01/2015** to **12/31/2015** | Interest Income | $15,564.00 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor **Photo Stencil, LLC** Case number (if known) **16-16897-MER**

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See Statement of Financial Affairs Exhibit 3 | April 13, 2016 through July 12, 2016 | $579,887.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Eric Weissmann<br>P.O. Box 20650<br>Boulder, CO 80308<br>CEO | July 2015 - June 2016 | $523,471.00 | Reimbursement for company expenses paid on personal credit card |
| 4.2. | Shawn Hallinan<br>14143 Denver West Parkway<br>Suite 500<br>Golden, CO 80308<br>Former CFO | July 2015 - June 2016 | $6,670.73 | Reimbursement for company expenses |
| 4.3. | Kimberly Nanney<br>17586 Blue Lake Lane<br>Peyton, CO 80831<br>CFO | July 2015- June 2016 | $6,747.36 | Reimbursement for company expenses |
| 4.4. | Richard Daly<br>6974 Sprucedale Park Way<br>Evergreen, CO 80439<br>VP of Global Sales | July 2015 - June 2016 | $27,414.70 | Reimbursement for company expenses |
| 4.5. | Kachi Management, LLC<br>2595 Canyon Blvd, Suite 420<br>Boulder, CO 80302 | July 2015 - June 2016 | $165,000.00 | Management Fee; Debtor does not believe Kachi Management is an insider |
| 4.6. | Izzy Aviation<br>2595 Canyon Blvd, Suite 420<br>Boulder, CO 80302 | 2015-2016 | Unknown | Reimbursement of company expenses made for continued business operations; amounts paid to Izzy Aviation included in amounts paid to Eric Weissmann; the Debtor does not believe Izzy Aviation is an insider |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Photo Stencil, LLC**                                                Case number *(if known)*  **16-16897-MER**

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

### 6. Setoffs
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sovereign Eagle S, LLC et al. v. Photo Stencil, LLC<br>2015CV031756 | Forcible Entry and Detainer | El Paso County Court<br>270 S. Tejon<br>P.O. Box 2980<br>Colorado Springs, CO 80901 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. | Sovereign Eagle S, LLC et al. v. Photo Stencil, LLC<br>2015CV032563 | Forcible Entry and Detainer | El Paso County Court<br>270 S. Tejon<br>P.O. Box 2980<br>Colorado Springs, CO 80901 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. | Photo Stencil, LLC<br>Complaint #1109501 | Occupational Safety and Health Administration Complaint | U.S. Department of Labor<br>7935 East Prentice Avenue<br>Suite 209<br>Greenwood Village, CO 80111 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4. | Milo Construction Corp. v. Photo Stencil, LLC et al.<br>2016CV31071 | Collection/Mechanic's Lien | Jefferson County District Court<br>100 Jefferson County Parkway<br>Golden, CO 80401 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

### 8. Assignments and receivership
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Debtor | Photo Stencil, LLC | Case number (if known) 16-16897-MER |
|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Equipment Malfunction with Water Damage and Restoration** | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*.<br>**$18,704 paid to Debtor for business interruption**<br>**$25,000 paid to contractor for building repairs** | February 2, 2016 | $142,150.00 |
| **Chemical Tank Leak and Small Electrical Box Fire** | **Claim Pending** | July 1, 2016 | Unknown |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kutner Brinen, P.C.<br>1660 Lincoln Street<br>Suite 1850<br>Denver, CO 80264 | Photo Stencil, LLC: $5,000 - May 6, 2016<br>Photo Stencil, LLC: $31,700 - July 12, 2016 |  | $36,700.00 |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor **Photo Stencil, LLC**  Case number *(if known)* **16-16897-MER**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | PS Holding 1,LLC/PS Holding 2, LLC<br>Av. Petroleos Mexicanos No. 23<br>Col. Hacienda de Vidrios<br>Talquepaque, Jalisco, Mexico 45580 | Transfer of Ownership of Photo Stencil S. de R.L. de C.V.; Debtor paid initial payment of $100,000 and received a promissory note from PS Holding 1 and PS Holding 2 in the amount of $644,937.62 | September 30, 2015 | $744,937.62 |
| | Relationship to debtor<br>None | | | |

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 4725 Centennial Blvd.<br>Colorado Springs, CO 80919 | June 15, 2007 to February 29, 2016 |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:
    Name of plan       Employer identification number of the plan
    **Photo Stencil, LLC 401(k) Plan**      EIN: **26-0334354**

    Has the plan been terminated?
    ☐ No
    ■ Yes

Debtor   **Photo Stencil, LLC**                                   Case number *(if known)* 16-16897-MER

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Colorado Business Bank<br>361 University Blvd.<br>Denver, CO 80206 | XXXX-1701 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | June 3, 2016 | $0.37 |
| 18.2. | Colorado Business Bank<br>301 University Blvd.<br>Denver, CO 80206 | XXXX-1728 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | June 3, 2016; balance of ($2,923.14) at time of closing | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Warehouse Options<br>2140 North Mark SheffelRoad<br>Colorado Springs, CO 80915 | Managerial Employee of the Debtor | Unused Equipment | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|---|
| 25.1. | Photo Stencil (Mal) Sdn. Bhd.<br>No. 2 Llintang Beringin 8<br>Off Jalan Permatang Damar Laut<br>Penang Malaysia 11960 | Manufacturing of stencils for SMT and semiconducter companies; no ongoing operations | Dates business existed<br>EIN: n/a<br>From-To | June 15, 2007 to Present |
| 25.2. | Photo Stencil S de RL de CV<br>Pemex #23, Col. Hacienda de Vidrios<br>C.P. 45580<br>Tlaquepaque, Jalisco Mexico 45620 | Manufacturing of stencils for SMT and semiconducter companies; interest sold September 2015 | EIN: n/a<br>From-To | June 15, 2007 to September 30, 2015 |

26. Books, records, and financial statements
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

Debtor   **Photo Stencil, LLC**                                           Case number *(if known)* **16-16897-MER**

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Kimberly Nanney**<br>17586 Blue Lake Lane<br>Peyton, CO 80831 | **February 14, 2008 to Present** |
| 26a.2. | **Charlene Britton**<br>1880 Denver West Drive<br>Apartment 1813<br>Golden, CO 80401 | **February 19, 2001 to Present** |
| 26a.3. | **Tonia Patterson**<br>1929 Montezuma Drive<br>Colorado Springs, CO 80910 | **May 5, 2014 to Present** |
| 26a.4. | **Sarah White**<br>3018 North Prospect Street<br>Colorado Springs, CO 80907 | **April 13, 2015 to July 8, 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **EKS&H**<br>7979 East Tufts Avenue<br>Suite 400<br>Denver, CO 80237-2843 | **June 15, 2007 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Kimberly Nanney**<br>17586 Blue Lake Lane<br>Peyton, CO 80831 | **February 14, 2008 to Present** |
| 26c.2. | **Charlene Britton**<br>1880 Denver West Drive<br>Apartment 1813<br>Golden, CO 80401 | **February 19, 2001 to Present** |
| 26c.3. | **Tonia Patterson**<br>1929 Montezuma Drive<br>Colorado Springs, CO 80910 | **May 5, 2014 to Present** |
| 26c.4. | **EKS&H**<br>7979 East Tufts Avenue<br>Suite 400<br>Denver, CO 80237-2843 | **June 15, 2007 to Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.   **See Statement of Financial Affairs Exhibit 26(d)**

| Debtor | Photo Stencil, LLC | Case number (if known) | 16-16897-MER |
|---|---|---|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Andrew Buchanen | 12/31/1r | $320,475, Cost basis |

Name and address of the person who has possession of inventory records

EKS&H
7979 East Tufts Avenue
Suite 400
Denver, CO 80237-2843

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Weissmann | P.O. Box 20650<br>Boulder, CO 80308 | CEO | |
| Photo Stencil Holdings, Inc. | c/o Kachi Partners<br>2595 Canyon Blvd, Suite 420<br>Boulder<br>CO 80302 | Holding Company | 100 |
| Kimberly Nanney | 17586 Blue Lake Lane<br>Peyton, CO 80831 | CFO | |
| Richard Daly | 6974 Sprucedale Park Way<br>Evergreen, CO 80439 | Vice President of Global Sales | |
| Sue Holmes | 2710 Hammermesh Drive<br>Colorado Springs, CO 80920 | Vice President of Engineering | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joe Wilcox | 20 East Stirrup Trail<br>Monument, CO 80132 | Vice President of Operations | August 4, 2014 to March 25, 2016 |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 9

Debtor  **Photo Stencil, LLC**  Case number *(if known)* **16-16897-MER**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Shawn Hallinan | 14143 Denver West Parkway Suite 500 Golden, CO 80308 | Acting CFO | June 15, 2007 to September 30, 2015 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Eric Weissmann P.O. Box 20650 Boulder, CO 80308 | $153,321.14 | 2015-2016 | Salary from 2015 and 2016 |
| | Relationship to debtor CEO | | | |
| 30.2 | Joe Wilcox 20 East Stirrup Trail Monument, CO 80132 | $149,170.32 | 2015-2016 | Salary from 2015 and 2016 |
| | Relationship to debtor Former VP of Operations | | | |
| 30.3 | Kimberly Nanney 17586 Blue Lake Lane Peyton, CO 80831 | $90,273.40 | 2015-2016 | Salary from 2015 and 2016 |
| | Relationship to debtor CFO | | | |
| 30.4 | Richard Daly 6974 Sprucedale Park Way Evergreen, CO 80439 | $155,192.60 | 2015-2016 | Salary from 2015 and 2016 |
| | Relationship to debtor VP of Global Sales | | | |
| 30.5 | Sue Holmes 2710 Hammermesh Drive Colorado Springs, CO 80920 | $145,244.28 | 2015-2016 | Salary from 2015-2016 |
| | Relationship to debtor VP of Engineering | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Photo Stencil Holdings, Inc. | EIN: 20-8288140 |

| Debtor | Photo Stencil, LLC | Case number (if known) | 16-16897-MER |
|---|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the parent corporation**  **Employer Identification number of the parent corporation**

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/5/16_

**/s/ Eric Weissmann**           **Eric Weissmann**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes