**Fill in this information to identify the case:**

Debtor name **Photo Stencil, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **16-16897-MER**

☑ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order** all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Celtic Capital**<br>Creditor's Name<br><br>23622 Calabasas Road<br>Suite 323<br>ATTN: Alexander Falo<br>Calabasas, CA 91302<br>Creditor's mailing address<br><br>afalo@celticcapital.com<br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Substantially all of the Debtor's assets including a first position lien on accounts receivable, cash, instruments, investment property, and certain intangibles; second position lien on equipment, inventory and fixtures**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $288,019.26 | $3,253,684.40 |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>PMC Financial; TKF Interim Funding II, LLC | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Dell Financial Loan**<br>Creditor's Name<br>99355 Collections Center Drive<br>Chicago, IL 60693<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>MS Gen Stencil Software License<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $26,609.49 | Unknown |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Debtor **Photo Stencil, LLC**
Name

Case number (if know) **16-16897-MER**

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Forum Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $163,728.67 | Unknown |

Creditor's Name

**275 West Campell Road
Suite 320
ATTN: Tim O'Conner
Richardson, TX 75080**
Creditor's mailing address

**Equipment purchased pursuant to Master Lease Agreement**

Describe the lien

**tim@forumleasing.com**
Creditor's email address, if known

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.4 | **PMC Financial Services Group, LLC** | Describe debtor's property that is subject to a lien | $1,876,706.42 | $3,253,684.40 |

Creditor's Name

**3816 East LaPalma Avenue
ATTN: Timothy Rafanello
Anaheim, CA 92807**
Creditor's mailing address

**Substantially all of the Debtor's property, including a first position lien on equipment, fixtures, and inventory; second position lien on accounts receivable, cash, instruments, investment property, and certain intangibles**

Describe the lien

**trafanello@pmcfsg.com**
Creditor's email address, if known

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Celtic Capital, TKF Interim Funding II, LLC**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Royal Bank America Leasing, Inc.** | Describe debtor's property that is subject to a lien | $157,068.00 | Unknown |

Creditor's Name

**550 Township Line Road
Suite 425
ATTN: Keith Brinks
Blue Bell, PA 19422**
Creditor's mailing address

**Equipment purchased pursuant to Equipment Financing Agreements**

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Photo Stencil, LLC**
Name

Case number (if know) **16-16897-MER**

KBrinks@RBALeasing.com
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **TKF Interim Funding II, LLC** |
|---|---|

Creditor's Name

**2595 Canyon Blvd.**
**Suite 420**
**ATTN: Gary Jacobs**
**Boulder, CO 80302**
Creditor's mailing address

gjacobs@j2partners.com
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Celtic Capital, PMC**
**Financial Services**

Describe debtor's property that is subject to a lien
**Third position lien on substantially all of the Debtor's assets**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,067,978.00   $3,253,684.40

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$7,580,109.84

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **William B. Freeman, Esq.**<br>**Katten Muchin Rosenman, LLP**<br>**515 South Flower Street, Suite 1000**<br>**Los Angeles, CA 90071-2212** | Line  **2.1** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Photo Stencil, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **16-16897-MER**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**American United Life Insurance Company**
**One American Square**
**Indianapolis, IN 46282**

As of the petition filing date, the claim is:       **$0.00**       **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**City of Golden**
**Finance Department**
**911 10th Street**
**Golden, CO 80401**

As of the petition filing date, the claim is:       **$0.00**       **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **Photo Stencil, LLC**                                         Case number (if known)  **16-16897-MER**
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**Colorado Depart. of Labor & Employment**
**633 17th Street, Suite 201**
**Denver, CO 80202**

As of the petition filing date, the claim is:   $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
**Colorado Department of Revenue**
**1375 Sherman Street**
**Denver, CO 80261**

As of the petition filing date, the claim is:   Unknown   Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**El Paso County Treasurer**
**PO Box 2007**
**Colorado Springs, CO 80901-2007**

As of the petition filing date, the claim is:   Unknown   Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
**Eric Weissmann**
**2595 Canyon Blvd.**
**Suite 420**
**Boulder, CO 80302**

As of the petition filing date, the claim is:   $125,000.00   $12,850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|
| **FSL/EYE Med Premiums**<br>**P.O. Box 632530**<br>**Cincinnati, OH 45263-2530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|
| **Jefferson County Assessor**<br>**100 Jefferson County Parkway**<br>**Suite 2500**<br>**Admin and Courts Facility**<br>**Golden, CO 80419** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.10**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|
| **The Delta Dental Plan of Colorado**<br>**ATTN: Accounting**<br>**P.O. Box 912148**<br>**Denver, CO 80291-2148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor **Photo Stencil, LLC**
_____
Name

Case number (if known) **16-16897-MER**

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

2.11 Priority creditor's name and mailing address
**Wage Claims**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Paid Post-Petiton pursuant to Order Authorizing (A) Payment of Prepetiton Employee Wages and Salaries; and (B) Payment of All Costs and Expenses Incident to Foregoing Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,385.00 |

3.1 Nonpriority creditor's name and mailing address
**A R Marketing, Inc.**
**P.O. Box 501528**
**San Diego, CA 92150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$18,385.00

---

3.2 Nonpriority creditor's name and mailing address
**A-1 Alloys**
**3330 Beyer Blvd.**
**Suite F**
**San Diego, CA 92173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,776.68

---

3.3 Nonpriority creditor's name and mailing address
**Absolute Machine**
**670 Elkton Drive**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,842.14

---

3.4 Nonpriority creditor's name and mailing address
**Aculon, Inc.**
**11839 Sorrento Valley Road**
**Suite 901**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

3.5 Nonpriority creditor's name and mailing address
**Acumen de Mexico S de R.L. de C.V.**
**Av. Camino al Iteso #8900 2-B**
**Col. Parque Industrial Tech.**
**Tlaquepague Jalisco**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,780.00

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,618.58 |
|---|---|---|---|

**Advance Chemical Transport**
6511 Colorado Blvd.
Unit #2
ATTN: Rusty Lea
Commerce City, CO 80022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,391.00 |
|---|---|---|---|

**Advanced Chemical Systems**
9640 South 60th Street
Franklin, WI 53132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,965.53 |
|---|---|---|---|

**Air Liquide**
P.O. Box 301046
Dallas, TX 75303-1046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,670.56 |
|---|---|---|---|

**Airgas Intermountain, Inc.**
P.O. Box 7430
Pasadena, CA 91109-7430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,911.96 |
|---|---|---|---|

**American Express Travel Related Services**
2965 West Corporate Lakes Blvd.
Weston, FL 33331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,983.82 |
|---|---|---|---|

**Armstrong Transportation**
P.O. Box 1178
San Antonio, TX 78294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,791.00 |
|---|---|---|---|

**Ascentec Engineering**
18500 SW 108th Avenue
Tualatin, OR 97062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Photo Stencil, LLC**
_____
Name

Case number (if known) **16-16897-MER**
_____

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,156.39 |

**AT&T Mobility**
P.O. Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,003.00 |

**AutoDesk, Inc./Donahue Fitzgerald, LLP**
80 East Sir Francis Drake Blvd.
Suite 2M
ATTN: Care L. Heller-Pittman, Esq.
Larkspur, CA 94939

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |

**ChemCut Corporation**
500 Science Park Road
ATTN: Ron Rupert
State College, PA 16803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |

**Chris Osborn**
8242 Coeur D'Arlene Drive
Fort Collins, CO 80525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,209.86 |

**Cintas Corporation**
2850 North El Paso Street
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,337.43 |

**CircuitCare LLC**
2206 W Monroe St
Chandler, AZ 85224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _6/15/16_

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,525.65 |

**Clark, Richardson & Buskup Consulting Engineers, Inc.**
1251 NW Briarcliff Parkway
Suite 500
Kansas City, MO 64116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,277.50 |
|---|---|---|---|
| | **Clean Earth Systems, Inc.**<br>**15245 Amberly Drive**<br>**Tampa, FL 33647-2155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,243.33 |
|---|---|---|---|
| | **Clean Zone Technology, LLC**<br>**3107 West Colorado Avenue**<br>**Suite 120**<br>**Colorado Springs, CO 80904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,518.00 |
|---|---|---|---|
| | **CM Technical Services, LLC**<br>**P.O. Box 540**<br>**Sherwood, OR 97140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __4/6/16__ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.25 |
|---|---|---|---|
| | **Cole-Parmer**<br>**625 East Bunker Court**<br>**Vernon Hills, IL 60061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|
| | **Colorado Disaster Restoration**<br>**12540 West Cedar Drive**<br>**Denver, CO 80228** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __2016__ | Basis for the claim: __Repairs to Table Mountain Property__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.00 |
|---|---|---|---|
| | **Colorado Metallurgical Services**<br>**10605 East 25th Avenue**<br>**Aurora, CO 80010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,132.00 |
|---|---|---|---|
| | **Colorado Springs Utilities**<br>**P.O. Box 1103**<br>**Colorado Springs, CO 80947-0010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

**3.27** Nonpriority creditor's name and mailing address

**Colt Print Services, Inc**
2525 Frontier
Boulder, CO 80301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,234.42**

---

**3.28** Nonpriority creditor's name and mailing address

**Con-Way Transportation Services, Inc.**
P.O. Box 5160
Portland, OR 97208-5160

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$216.46**

---

**3.29** Nonpriority creditor's name and mailing address

**Concentra Medical Services**
P.O. Box 9008/9009
Broomfield, CO 80021

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,636.00**

---

**3.30** Nonpriority creditor's name and mailing address

**Creek Ridge Capital**
7808 Creekridge Circle
Suite 250
ATTN: Kathy Marx
Minneapolis, MN 55439

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.31** Nonpriority creditor's name and mailing address

**Curbell Inc.**
14746 Collections Center Dr
Chicago, IL 60693-4746

Date(s) debt was incurred  4/28-6/7/16

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,131.40**

---

**3.32** Nonpriority creditor's name and mailing address

**Datum Alloys, Inc.**
407 Airport Road
Endicott, NY 13760

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,708.67**

---

**3.33** Nonpriority creditor's name and mailing address

**Davis Graham & Stubbs, LLP**
1550 17th Street
Suite 500
Denver, CO 80202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,007.22**

---

Debtor   **Photo Stencil, LLC**
_____
Name

Case number (if known)   **16-16897-MER**
_____

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.43 |

**DEK International GMBH**
**14005 Live Oak Avenue**
**Suite 24336**
**Irwindale, CA 91706-1300**

Date(s) debt was incurred  5/13/16
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.52 |

**Denco Sales Company**
**55 South Yuma**
**Denver, CO 80223**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.00 |

**DHL World Express**
**Los Angeles Lockbox #5195**
**P.O. Box 742802**
**Los Angeles, CA 90074-2802**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,283.97 |

**dpc Networks**
**4251 Kipling Street**
**Suite 580**
**Wheat Ridge, CO 80033**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,748.57 |

**EKS&H,LLLP**
**7979 East Tufts Avenue**
**Suite 400**
**ATTN: Cheryl Fabry**
**Denver, CO 80237-2843**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |

**Elreha Electronic Manufacturing Services**
**Elreha Jordan**
**Amman - Jordan**
**Queen F Al Burj Building #91-1th**
**Amman   11190**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |

**Express Testing**
**5023 West 120th Avenue**
**Suite 307**
**Broomfield, CO 80020**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $769.84

**Fairfield Inn & Suites**
15275 Struthers Road
Colorado Springs, CO 80921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,826.70

**Federal Express**
P.O. Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,546.08

**Fedex Freight West**
**Department CH**
P.O. Box 10306
Palatine, IL 60055-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215.50

**FedEx Trade Networks**
PO Box 842206
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/6/16_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.00

**FedEx Truckload Brokerage**
P.O. Box 645123
Pittsburgh, PA 15264-5123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00

**Fire Alarm Services, Inc.**
4800 West 60th Avenue
Arvada, CO 80003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.00

**Fred LeVine Services, Inc.**
1415 Redeker Road
Des Plaines, IL 60016-3413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garic, Inc.**
26 Broadway
Suite 961
ATTN: Tracy Ricard
New York, NY 10004

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235.95** |
|---|---|---|---|

**Gempler's**
1125 Deming Way
P.O. Box 44993
Madison, WI 53744-4993

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**GENERAL SUPPLY & SERVICES, INC.**
Company Information
1000 Bridgeport Ave 5-1
Shelton, CT 06484

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$472.00** |
|---|---|---|---|

**GMM, LLC**
1131 Delene Road
Rydal, PA 19046

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Hajoca Company d/b/a Hughes Supply**
445 Bryant Street, Unit #9
Denver, CO 80204

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,619.12** |
|---|---|---|---|

**Harrington Industrial Plastics, Inc.**
P.O. Box 5128
14480 Yorba Avenue
Chino, CA 91710

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,634.44** |
|---|---|---|---|

**High Country Crane & Rigging, LLC**
2165 Janitell Road
Unit 104
Colorado Springs, CO 80906

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Photo Stencil, LLC**
_____
Name

Case number (if known)    **16-16897-MER**

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,704.59 |

**Hisco**
**12110 North Tejon Street**
**ATTN: Dawnna Nieto**
**Westminster, CO 80234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,310.90 |

**IBM Credit LLC Software**
**7100 Highlands Parkway**
**ATTN: Andy Gravina**
**Smyrna, GA 30082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.45 |

**Industrial Printers**
**110 East Enterprise**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.97 |

**Industrial Spring Steel**
**2656 North Salmon Street**
**Philadelphia, PA 19125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,357.04 |

**Infinite Graphics Incorporated**
**Software Loan**
**4611 East Lake Street**
**ATTN: Andy Kaske**
**Minneapolis, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |

**Infinite Graphics, Inc.**
**4611 East Lake Street**
**Minneapolis, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,030.37 |

**Ingersol-Rand Company**
**4705 B Oakland Street**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Photo Stencil, LLC** | | Case number *(if known)* | **16-16897-MER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.62** | Nonpriority creditor's name and mailing address

**Integrity Electrical Solutions, LLC**
**1860 West Hamilton Place**
**ATTN: Chris Cumpton**
**Englewood, CO 80110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$132,227.42**

---

**3.63** | Nonpriority creditor's name and mailing address

**Intel Corporation**
**2200 Mission College Blvd.**
**Santa Clara, CA 95052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$880,000.00**

---

**3.64** | Nonpriority creditor's name and mailing address

**International Electronic Components, Inc**
**809 Aldo Avenue**
**Suite 104**
**ATTN: Bernie Consitt**
**Santa Clara, CA 95054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$46,181.22**

---

**3.65** | Nonpriority creditor's name and mailing address

**Interstate Chemical Company, Inc.**
**2720 Reliable Parkway**
**Chicago, IL 60686-0027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,812.97**

---

**3.66** | Nonpriority creditor's name and mailing address

**Iron Mountain**
**P.O. Box 915004**
**Dallas, TX 75391**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,814.12**

---

**3.67** | Nonpriority creditor's name and mailing address

**Jan-Pro of Southern Colorado**
**5360 North Academy**
**Suite 150**
**Colorado Springs, CO 80918**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$617.91**

---

**3.68** | Nonpriority creditor's name and mailing address

**JanPro Cleaning Systems of Colorado**
**215 Union Blvd.**
**Suit e210**
**Lakewood, CO 80228**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,144.00**

---

Debtor  **Photo Stencil, LLC**
         _____
         Name

Case number (if known)    **16-16897-MER**

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johnson Controls, Inc.**
5757 N. Green Bay Ave.
P.O. Box 591
Milwaukee, WI 53201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,097.00 |
|---|---|---|---|

**Kachi Management, LLC**
2595 Canyon Blvd, Suite 420
Boulder, CO 80302

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karmichael And Company Fire Protection**
21512 County Road 4
Hudson, CO 80642

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,971.62 |
|---|---|---|---|

**Kelly Services**
1212 Solutions Center
Chicago, IL 60677-1002

Date(s) debt was incurred  5/23-7/11/16
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Klontech Industrial Sales**
5730 East Leita Lane
Scottsdale, AZ 85254

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**Klontech Measurement Solutions**
125 West Gemini Drive
Suite E-18
Tempe, AZ 85283

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934.60 |
|---|---|---|---|

**Konica Minolta Premier Finance**
P.O. Box 31001-0273
Pasadena, CA 91110-0273

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Photo Stencil, LLC** _____    Case number (if known)    **16-16897-MER**
       Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,584.38 |
|---|---|---|---|
| | **Konica Minolte**<br>**Department CH 19188**<br>**Palatine, IL 60055-9188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,367.00 |
|---|---|---|---|
| | **Lathrop & Gage, LLP**<br>**2345 Grand Blvd.**<br>**Kansas City, MO 94108-2618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Attorneys Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Law Office of Dale B. Halling, LLC**<br>**3595 East Fountain Blvd.**<br>**Suite A2**<br>**ATTN: Dale B. Halling, Esq.**<br>**Colorado Springs, CO 80910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,159.26 |
|---|---|---|---|
| | **LPKF Laser & Electronics, Inc.**<br>**12555 SW Leveton Drive**<br>**Tualatin, OR 97062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,780.00 |
|---|---|---|---|
| | **Manufacturer's Edge**<br>**9200 East Mineral Avenue**<br>**Suite 1150**<br>**Centennial, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,100.00 |
|---|---|---|---|
| | **Maqim**<br>**Hacienda Estipac 1107-A**<br>**COL. Hacienda De Vidrios**<br>**Tiaquepague Jalisco, CP 45820** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,475.00 |
|---|---|---|---|
| | **Metro Fence Company, Inc.**<br>**8335 Quebec Street**<br>**Commerce City, CO 80022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Photo Stencil, LLC | Case number (if known) | 16-16897-MER |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $929.21 |

**3.83** Nonpriority creditor's name and mailing address
**Metro Rides-City of Colorado Springs**
**1015 Transit Drive**
**Colorado Springs, CO 80903**

Date(s) debt was incurred  7/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$929.21

---

**3.84** Nonpriority creditor's name and mailing address
**MHC Truck Leasing**
**P.O. Box 879269**
**Kansas City, MO 64187**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$1,662.94

---

**3.85** Nonpriority creditor's name and mailing address
**Micro Precision Calibration, Inc.**
**22835 Industrial Place**
**Grass Valley, CA 95949**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$231.00

---

**3.86** Nonpriority creditor's name and mailing address
**Microscreen LLC**
**1106 South High Street**
**ATTN: Mark Lowdermilk**
**South Bend, IN 46601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$34,320.11

---

**3.87** Nonpriority creditor's name and mailing address
**Milo Construction Corporation**
**18998 South Flatiron Court**
**Suite 200**
**ATTN: Pat Minniear**
**Boulder, CO 80301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$441,286.98

---

**3.88** Nonpriority creditor's name and mailing address
**Monroe & Newell Engineers, Inc.**
**P.O. Box 1791**
**Rifle, CO 81650**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$462.50

---

**3.89** Nonpriority creditor's name and mailing address
**Mr. Lightning**
**3788 Interpark Drive**
**Colorado Springs, CO 80907**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$1,821.00

---

Debtor    **Photo Stencil, LLC**       Case number (if known)    **16-16897-MER**
_____
      Name

| | |
|---|---|
| **3.90**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     $7,244.50 |

**3.90**   Nonpriority creditor's name and mailing address

**Mulliken Weiner Berg & Jolivet, P.C.**
**102 South Tejon**
**Suite 900**
**ATTN: Murray Weiner**
**Colorado Springs, CO 80903**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $7,244.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91**   Nonpriority creditor's name and mailing address

**National Electronics Alloys, Inc.**
**3 Fir Court**
**Oakland, NJ 07436**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $9,090.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92**   Nonpriority creditor's name and mailing address

**National Graphic Supply**
**2431 Zanker Road**
**San Jose, CA 95131**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $1,842.22

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93**   Nonpriority creditor's name and mailing address

**North Table Mountain Water & Sanitation**
**District**
**14806 West 52nd Avenue**
**Golden, CO 80403-1228**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $11,600.87

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94**   Nonpriority creditor's name and mailing address

**Oasis Outsourcing**
**2054 Vista Parkway #300**
**West Palm Beach, FL 33411**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95**   Nonpriority creditor's name and mailing address

**PAETEC**
**P.O. Box 9001013**
**Louisville, KY 40290-1013**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $924.16

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96**   Nonpriority creditor's name and mailing address

**Palm International**
**1717 JP Hennessey Drive**
**ATTN: Charles Johnson**
**La Vergne, TN 37086**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $5,164.98

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Photo Stencil, LLC**
_____   Case number (if known)   **16-16897-MER**
Name

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194,353.01 |

**Palm Technology**
**1717 JP Hennessy Drive**
**ATTN: Charles Johnson**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |

**Patricia Tate**
**4262 Graham Court**
**Boulder, CO 80305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/23/16-4/18/16

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583.66 |

**Paychex**
**1175 John Street**
**West Henrietta, NY 14586-9199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2016

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**People's Bank**
**5175 North Academy Blvd.**
**ATTN: Brendan Zahl**
**Colorado Springs, CO 80918**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.08 |

**Personnel Concepts**
**P.O. Box 5750**
**Carol Stream, IL 60197-5750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466,939.62 |

**Photo Stencil Holdings, Inc.**
**2595 Canyon Blvd.**
**Suite 420**
**ATTN: Gary Jacobs**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Parent Company Transactions

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,632.00 |

**Photo Stencil, Mexico**
**Permex #23**
**Hacienda de vidrios**
**Tlaquepague Jalisco, OH 45580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Photo Stencil, LLC**
_____   Case number (if known)   **16-16897-MER**
          Name

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,056.31 |

**Pikes Peak Moving & Storage**
30 Mount View Lane
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $591.56 |

**Pitney Bowes**
P.O. Box 856042
Louisville, KY 40285-6042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238,399.98 |

**Pixelteq**
8060 Bryan Dairy Road
Suite A
ATTN: Gordon McPhee
Largo, FL 33777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Rent Arrears

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Pixelteq**
8060 Bryan Dairy Road
Suite A
ATTN: Gordon McPhee
Largo, FL 33777

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential claim arising from mechanics liens

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,190.00 |

**Platinum Powder Coating, Inc (PATTS)**
2165 Janitell Rd
Colorado Springs, CO 80906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21/16

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,290.00 |

**Pro Machine & Engineering, Inc.**
603 South 29th Street
Colorado Springs, CO 80904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,845.62 |

**Prudential Cleanroom Services**
42 W Hampton Ave
Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2016-7/2016

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Photo Stencil, LLC__
      Name

Case number (if known) __16-16897-MER__

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,162.56 |
|---|---|---|---|

**PSC - 21st Century Environmental Service**
27727 Network Place
Chicago, IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.68 |
|---|---|---|---|

**Purchase Power**
500 Ross Street
Suite 154-0470
Pittsburgh, PA 15262-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,232.34 |
|---|---|---|---|

**QEH2, LLC**
401 South Wilcox Street
Suite 123
ATTN: Quentin Jaksch
Castle Rock, CO 80104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499.85 |
|---|---|---|---|

**Quicksilver Express Courier**
PO Box 64417
Saint Paul, MN 55164-0417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/2016-7/2016__

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,484.05 |
|---|---|---|---|

**Rap Express**
2486 Waynoka Road
Colorado Springs, CO 80915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,952.00 |
|---|---|---|---|

**RBP Chemical Technology, Inc.**
P.O. Box 8488
Carol Stream, IL 60197-8488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.75 |
|---|---|---|---|

**Redi-Relief First Aid & Safety, Inc.**
6111 South Richfield Court
Aurora, CO 80016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Photo Stencil, LLC**
Name

Case number (if known)   **16-16897-MER**

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,897.65 |
|---|---|---|---|

**Republic Services**
P.O. Box 78829
Phoenix, AZ 85062-8829

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.90 |
|---|---|---|---|

**RIV, Inc.**
31 Railroad Avenue
Merrimack, NH 03054

Date(s) debt was incurred  4/2016
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.90 |
|---|---|---|---|

**Rocky Mountain Reagants, Inc.**
4621 Technology Drive
Golden, CO 80403

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667.00 |
|---|---|---|---|

**Ryley Carlock  & Applewhite**
One North Central Avenue
Suite 1200
Phoenix, AZ 85004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,903.02 |
|---|---|---|---|

**Saati Print**
201 Fairview Street Extension
Fountain Inn, SC 29644

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.96 |
|---|---|---|---|

**Safeguard Business Systems**
P.O. Box 88043
Chicago, IL 60680-1043

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $908.74 |
|---|---|---|---|

**SEKO**
P.O. Box 71141
Chicago, IL 60694-1141

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,758.75

Shred-It
P.O. Box 101077
Pasadena, CA 91189-1007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,498.00

Silicon Valley Lamps
PO Box 41051
San Jose, CA 95160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _4/2016_

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.00

Software Craftsman, LLC
6660 Delmonico Drive
Suite D-430
Colorado Springs, CO 80919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _3/2016_

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200,000.00

Sovereign Eagle Capital Management Group
750 B Street
Suite 2620
ATTN: Todd Mikles
San Diego, CA 92101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.72

Stericycle
2120 Southwest Blvd.
Tulsa, OK 74107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,661.04

Stewart Environmental
3801 Automation Way, Ste. 200
Fort Collins, CO 80525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2015-2016_

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414.80

Summit Container Corporation
PO Box 826557
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/2016_

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

**3.132**  Nonpriority creditor's name and mailing address
Tannlin UK Ltd.
Aerospace Park
Prestwick UK KA9 2TU

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$5,504.55

---

**3.133**  Nonpriority creditor's name and mailing address
Technica USA
2431 Zanker Rd
San Jose, CA 95131

Date(s) debt was incurred  4/2016

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$5,728.60

---

**3.134**  Nonpriority creditor's name and mailing address
Ted D. Miller Associates, Inc.
611 Corporate Circle
Unit J
Golden, CO 80401

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$2,797.15

---

**3.135**  Nonpriority creditor's name and mailing address
Towne Place Suites
4760 Centennial Blvd.
Colorado Springs, CO 80919

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$16,906.43

---

**3.136**  Nonpriority creditor's name and mailing address
Tyco Integrated Security
P.O. Box 371967
Pittsburgh, PA 15250-7967

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$283.41

---

**3.137**  Nonpriority creditor's name and mailing address
UCAMCO
1770 Post St # 145
San Francisco, CA 94115

Date(s) debt was incurred  7/2016

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$3,100.00

---

**3.138**  Nonpriority creditor's name and mailing address
UniFirst Corp.
14000 E Moncrieff Place
Aurora, CO 80011

Date(s) debt was incurred  2016

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$7,399.05

---

| Debtor | **Photo Stencil, LLC** | Case number *(if known)* | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

### 3.139 Nonpriority creditor's name and mailing address
**United Health Care**
Dept. CH 10151
ATTN: Kenneth Sloan
Palatine, IL 60060

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$538.40**

### 3.140 Nonpriority creditor's name and mailing address
**United Parcel Service**
P.O. Box 650580
Dallas, TX 75265-0580

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$1,176.69**

### 3.141 Nonpriority creditor's name and mailing address
**US Plastic Corp.**
1390 Neubrecht Road
Lima, OH 45801-3196

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$219.76**

### 3.142 Nonpriority creditor's name and mailing address
**Viba International**
2280 Trade Zone Blvd.
San Jose, CA 95131

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

### 3.143 Nonpriority creditor's name and mailing address
**VWR Scientific**
Divison of VWR Scientific Product
P.O. Box 640169
Pittsburgh, PA 15264-0169

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$153.00**

### 3.144 Nonpriority creditor's name and mailing address
**Warehouse Options**
2140 North Marksheffel Road
Colorado Springs, CO 80915-9726

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$12,933.10**

### 3.145 Nonpriority creditor's name and mailing address
**Waste Management**
PO Box 78251
Phoenix, AZ 85062

Date(s) debt was incurred __2016__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$309.03**

| Debtor | **Photo Stencil, LLC** | Case number (if known) | **16-16897-MER** |
|---|---|---|---|
| | Name | | |

---

**3.146** | Nonpriority creditor's name and mailing address

**Watumull Properties Corp.**
307 Lewers Street
6th Floor
ATTN: Jaidev Watumull
Honolulu, HI 96815

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential claim arising from mechanics liens**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address

**Westco Systems**
7396 Lowell Blvd
Westminster, CO 80030

Date(s) debt was incurred **6/2016**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$1,029.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address

**WPC-Triad, LLC**
307 Lewers Street
6th Floor
ATTN: Brad Calbert
Honolulu, HI 96815

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential claim arising from mechanics liens**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address

**Xcel Energy**
P.O. Box 9477
ATTN: Stu Downing
Minneapolis, MN 55484-9477

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$75,251.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address

**Ying Shiau**
1204 Wilhelmina Way
San Jose, CA 95120

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$2,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address

**YRC**
P.O. Box 730375
Dallas, TX 75373-0375

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$1,447.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Debtor | Photo Stencil, LLC | Case number (if known) | 16-16897-MER |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express<br>c/o Jaff & Asher, LLP<br>600 Third Avenue<br>ATTN: Dennis Pons<br>New York, NY 10016 | Line 3.10<br>☐ Not listed. Explain ____ | — |
| 4.2 | American Express Travel Related Services<br>P.O. Box 981531<br>El Paso, TX 15131 | Line 3.10<br>☐ Not listed. Explain ____ | — |
| 4.3 | Blockwick Einstein Krahenbuhl, LLC<br>2672 North Park Drive, STE 200<br>Lafayette, CO 80026 | Line 3.87<br>☐ Not listed. Explain ____ | — |
| 4.4 | Halma Holdings, Inc.<br>11500 Northlake Drive<br>Cincinnati, OH 45249 | Line 3.106<br>☐ Not listed. Explain ____ | — |
| 4.5 | Halma Holdings, Inc.<br>11500 Northlake Drive<br>Cincinnati, OH 45249 | Line 3.107<br>☐ Not listed. Explain ____ | — |
| 4.6 | Integrity Electrical Solutions, LLC<br>c/o Sandstrum Law, LLC<br>1515 Wynkoop, STE 360<br>Denver, CO 80202 | Line 3.62<br>☐ Not listed. Explain ____ | — |
| 4.7 | Intel Corporation<br>CH2-112<br>5000 West Chandler Blvd.<br>ATTN: John Bryne<br>Chandler, AZ 85226 | Line 3.63<br>☐ Not listed. Explain ____ | — |
| 4.8 | Internal Revenue Insolvency Unit<br>199 Broadway MS5012 DEN<br>Denver, CO 80202-3025 | Line 2.8<br>☐ Not listed. Explain ____ | — |
| 4.9 | Jeffrey P. Fanzo<br>4980 Hillsdale Circle<br>Suite A<br>El Dorado Hills, CA 95762 | Line 3.128<br>☐ Not listed. Explain ____ | — |
| 4.10 | Lathrop & Gage, LLP<br>4845 Pearl East Circle<br>Suite 201<br>ATTN: Curtis Vock<br>Boulder, CO 80301 | Line 3.77<br>☐ Not listed. Explain ____ | — |
| 4.11 | Office of the Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Suite 4400<br>Washington, D. 20530-0001 | Line 2.8<br>☐ Not listed. Explain ____ | — |
| 4.12 | Office of the Attorney General<br>State of Colorado<br>1525 Sherman Street, 7th Floor<br>Denver, CO 80203 | Line 2.4<br>☐ Not listed. Explain ____ | — |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Photo Stencil, LLC**
_____
Name

Case number (if known)  **16-16897-MER**

| | | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|---|

| 4.13 | **Office of the United States Attorney**<br>**District of Colorado**<br>**1225 Seventeenth Street**<br>**Suite 700**<br>**Denver, CO 80202-5598** | Line **2.8**<br>☐ Not listed. Explain ____ | _ |
|------|------|------|------|
| 4.14 | **Ryley Carlock**<br>**1700 Lincoln Street**<br>**Suite 3500**<br>**ATTN: Julie A. Rosen, Esq.**<br>**Denver, CO 80203** | Line **3.121**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Snell & Wilmer**<br>**ATTN: Brian P. Gaffney, Esq.**<br>**1200 17th Street, Suite 190C**<br>**Denver, CO 80202** | Line **3.128**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Sovereign Eagle Capital Management Group**<br>**750 B Street**<br>**Suite 2620**<br>**ATTN: Todd Mikles**<br>**San Diego, CA 92101** | Line **3.128**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Watumull Properties Corp**<br>**c/o Colliers International**<br>**4643 South Ulter Street, STE 1000**<br>**Denver, CO 80237** | Line **3.146**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **WPC-Triad, LLC**<br>**c/o Silver & Deboskey**<br>**1801 York Street**<br>**Denver, CO 80206** | Line **3.148**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 125,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,714,302.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,839,302.97 |