## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )
PHOTO STENCIL, LLC                        )        Case No. 16-16897-MER
                                          )
                                          )        Chapter 11
        Debtor.                           )

## MOTION TO APPROVE DEBTOR'S REFINANCE OF CELTIC CAPITAL CORP. DEBTOR IN POSSESSION LOAN

The Debtor, Photo Stencil, LLC ("Debtor"), by and through its attorneys, Kutner Brinen, P.C., moves the Court to approve a new debtor in possession loan to repay the existing loan currently held by Celtic Capital Corp. ("Celtic") secured primarily by accounts receivable pursuant to 11 U.S.C. §§363 and 364 and as grounds therefor states as follows:

1.      The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on July 12, 2016. The Debtor remains a debtor-in-possession.

2.      The Debtor is engaged in business as a designer and manufacturer of high-performance stencils, squeegee blades, and tooling for the surface mount assembly, solar, and semiconductor industries. Among other things, the Debtor designs and manufactures high end stencils for the electrical component industry and is the only such company with such capability in North America.

3.      Celtic is currently the Debtor's post-petition lender with a loan previously approved by the Court pursuant to the Court's Order Granting Motion for Approval of Debtor In Possession Financing dated September 9, 2016 ("Celtic Order"). The loan made to the Debtor pursuant to the Celtic Order is secured primarily by accounts receivable and is approved in the amount of $500,000 subject to various limitations contained in the Celtic loan. The Celtic loan is a revolving factored loan.

4.      The Debtor's personal property assets, including accounts receivable, are subject to a second lien held by PMC Financial Services Group, LLC ("PMC") and a third lien held by TKF Interim Funding II, LLC ("TKF"). The Celtic lien is the senior lien on accounts receivable.

5.      The Celtic loan has matured and Celtic agreed to certain extensions based upon its understanding that the Debtor was in the process of obtaining new funding to repay the Celtic loan.

6.      The Debtor has located a new lender who is willing to extend a loan to the Debtor to replace the Celtic loan.  The new lender is Bay View Funding ("BVF").

7.      BVF is in the process of obtaining final approval of a loan to the Debtor in the amount of $350,000 which will operate similar to the Celtic loan.  The BVF loan will be advanced to the Debtor at the rate of 85% of eligible accounts receivable.  The loan will have a term of 24 months and will be subject to a factoring fee of 1% for the first thirty days followed by six-tenths of one percent for each ten days that each financed invoice remains outstanding based on the face amount of each financed invoice.  A finance fee equal to the Prime Rate (currently 3.75%) plus one of one and one-half of one percent (1.5%) will be charged against average monthly funds employed.  The interest rate will be subject to fluctuation based upon the loan terms.

8.      The BVF loan is subject to the Debtor's payment of a due diligence fee of $500 and payment of BVF legal fees of $5,000.

9.      The Debtor and BVF are awaiting final approval and an agreement on loan documents from BVF.  As soon as the loan documents become available they will be filed with the Court pursuant to a Supplement to this Motion.  Due to the urgency of repaying Celtic, the Debtor did not feel it could wait until it had final loan documents before filing for approval of the BVF loan.  A copy of the letter from BVF setting out the proposed fundamental terms of the loan agreement is attached to this Motion as Exhibit A.

10.     The Debtor has attempted to locate a loan to refinance the Celtic loan and the BVF loan is the best alternative available.

11.     The BVF loan will hold a lien position equal to the lien held by Celtic and the maximum loan amount of the BVF loan is $350,000 as opposed to $500,000 for Celtic.  No secured or unsecured creditor will be impaired by reason of the refinance of the Celtic loan with the BVF loan.

12.     Approval of the BVF loan is in the best interest of the Debtor and the estate since it will allow the Debtor to refinance the Celtic loan with a revolving loan on reasonable terms which will allow the Debtor to continue ongoing business.

WHEREFORE the Debtor prays that the Court make and enter an Order approving the Debtor's proposed loan with Bay View Funding as set forth in this Motion and for such further and additional relief as to the Court may appear proper.

Dated: April 11, 2017.

Respectfully submitted,

By:___/s/ Lee M. Kutner___
Lee M. Kutner #10966

**KUTNER BRINEN, P.C.**
1660 Lincoln St., Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

   The undersigned certifies that on April 11, 2017, I served by prepaid first class mail a copy of the foregoing **MOTION TO APPROVE DEBTOR'S REFINANCE OF CELTIC CAPITAL CORP. DEBTOR IN POSSESSION LOAN AND NOTICE OF MOTION TO APPROVE DEBTOR'S REFINANCE OF CELTIC CAPITAL CORP. DEBTOR IN POSSESSION LOAN** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Stephen M. Barthol
Vice President/Regional Sales Manager
Bay View Funding
5418 West 141st Terrace
Leawood, Kansas 66224

Daniel J. Morse, Esq.
United States Trustee
308 West 21st Street
Room 203
Cheyenne, WY 82001

David T. Brennan, Esq.
Otten, Johnson, Robinson,
 Neff & Ragonetti, P.C.
950 Seventeenth Street
Suite 1600
Denver, CO 80202

Brian P. Gaffney, Esq.
Snell & Wilmer, LLP
1200 Seventeenth Street
Suite 1900
Denver, CO 80202

Caroline C. Fuller, Esq.
Fairfield and Woods, P.C.
1801 California Street
Suite 2600
Denver, CO 80202

Patrick H. Pugh, Esq.
Ballard Spahr, LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

Steven W. Kelly, Esq.
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206

Peter W. Ito, Esq.
Ito Law Group, LLC
1550 Larimer Street
Suite 667
Denver, CO 80202

Mark F. Bell, Esq.
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street
6th Floor
Denver, CO 80209

Joanne M. Schreiner
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Joli A. Lofstedt, Esq.
Connolly, Lofstedt, Cadette & Pearce, P.C.
950 Spruce Street, Suite 1C
Louisville, CO 80027

Paul Arrow, Esq.
Buchalternemer, P.C.
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017-1730

David O. Hansen, Esq.
Kumpf Charsley & Hansen, LLC
9565 South Kingston Court
Suite 100
Englewood, CO 80112

Steven T. Mulligan, Esq.
Jackson Kelly, PLLC
1099 18th Street
Suite 2150
Denver, CO 80202

Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, Quebec H2X 3R7
Canada

Scott D. Kumpf, Esq.
Kumpf, Charsley & Hansen, LLC
9565 South Kingston Court
Suite 100
Englewood, CO 80112

Curtis A. Vock
Lathrop & Gage LLC
4845 Pearl East Circle
Suite 201
Boulder, CO 80301

Ross A. Hoogerhyde, Esq.
1300 Broadway
8th Floor
Denver, CO 80203

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Stephen K. Dexter, Esq.
Lathrop & Gage, LLP
1515 Wynkoop Street
Suite 600
Denver, CO 80202

Erin C. Nave, Esq.
Montgomery Little & Soran, P.C.
5445 DTC Parkway
Suite 800
Greenwood Village, CO 80113

TKF Interim Funding II, LLC
2595 Canyon Blvd.
Suite 420
Boulder, CO 80302
ATTN: Gary Jacobs

PMC Financial Services Group, LLC
3816 East LaPalma Avenue
Anaheim, CA 92807
ATTN: Timothy Rafanello

Sovereign Eagle Capital Management
   Group, Inc.
720 B Street, Suite 2620
San Diego, CA 92101
ATTN: Todd Mikles

Snell & Wilmer
1200 17th Street
Suite 1900
Denver, CO 80202-5854
ATTN: Brian P. Gaffney, Esq.

Jeffrey P. Fanzo
4980 Hillsdale Circle
Suite A
El Dorado Hills, CA 95762

Intel Corporation
2200 Mission College Blvd.
Santa Clara, CA 95052
ATTN: John Bryne

Halma Holdings, Inc.
11500 Northlake Drive
Cincinnati, OH 45249
ATTN: Arnold Moshier

Pixelteq
8060 Bryan Dairy Road
Suite A
Largo, FL 33777
ATTN: Gordon McPhee

Colliers International
4643 South Ulster Street
Suite 100C
Denver, CO 80237
ATTN: Liz Karr

Watumull Properties Corp.
307 Lewers Street
6th Floor
Honolulu, HI 96815
ATTN: Jaidev Watumull

Silver & DeBoskey
1801 York Street
Denver, CO 80206
ATTN: Jennifer Milne

WPC-Triad, LLC
307 Lewers Street
6th Floor
Honolulu, HI 96815
ATTN: Brad Calbert

Blockwick Einstein Krahenbuhl, LLC
2672 North Park Drive, Suite 200
Lafayette, CO 80026
ATTN: Craig Blockwick

Milo Construction Corporation
18998 South Flatiron Court
Suite 200
Boulder, CO 80301
ATTN: Pat Minniear

Garic, Inc.
26 Broadway
Suite 961
New York, NY 10004
ATTN: Tracy Ricard

People's Bank
5175 North Academy Blvd.
Colorado Springs, CO 80918
ATTN: Brendan Zahl

Palm Technology
1717 JP Hennessy Drive
La Vergne, TN 37086
ATTN: Charles Johnson

Forum Financial Services, Inc.
275 West Campbell Road
Suite 320
Richardson, TX 75080
ATTN: Tim O'Conner

Royal Bank of America Leasing, Inc.
550 Township Line Road
Suite 425
Blue Bell, PA 19422
ATTN: Keith Brinks

Sandstrum Law, LLC
1515 Wynkoop Street
Suite 360
Denver, CO 80202
ATTN: Michael A. Sandstrum, Esq.

**/s/Vicky Martina**
**Vicky Martina**



*Stephen M. Barthol*
*VP/Regional Sales Manager*
*5418 W. 141st Terrace*
*Leawood, Kansas 66224*
*Toll Free:877-266-5346*
*Tel:913-681-1400*
*Fax:913-681-7675*
*E-Fax:913-871-4044*
*Cell:913-706-0031*
*sbarthol@bayviewfunding.com*
*www.bayviewfunding.com*

March 30, 2017

Kimberly Nanney
CEO
Photo Stencil, LLC.
16080 Table Mountain Pkwy, Ste. 100
Golden, Colorado 80403

Re:  DEBTOR IN POSSESSION ("DIP") FINANCING PROPOSAL

Dear Kimberly:

Bay View Funding ("BVF") is pleased to express our interest in providing the financing program outlined below for Photo Stencil, LLC.

This proposal is provided to you with the understanding that approval of Bay View Funding's credit committee and the bankruptcy court is still to be obtained and that, ultimately, the final form of our agreement will be set forth conclusively in a legal contract signed by all parties.  Accordingly, this proposal does not constitute a binding commitment on the part of Bay View Funding.

Proposed terms are as follows:

| | |
|---|---|
| **Client:** | PHOTO STENCIL, LLC., Debtor In Possession |
| **Maximum Credit:** | $350,000.00 Three Hundred Fifty Thousand Dollars. Final credit subject to final credit approval by its' Senior Credit Committee. |
| **Advance Rate:** | Eighty-five percent (85%) of eligible accounts receivable, as defined in the attached Summary of Standard Terms, or Maximum Credit, whichever is less. |
| **Recourse** | Ninety (90) days from invoice date. |
| **Term:** | Initial term of Twenty-four (24) months with twelve (12) month renewals. Thirty (30) day notice required for termination. |
| **Fees:** | Factoring Fee of One of one percent (1.00%) for the first thirty (30) days followed by six-tenths  (0.6%) of one percent, for each ten (10) days that each financed invoice remains outstanding, based on the face amount of each financed invoice. |

Initials /V/

1

v1.4

**EXHIBIT A**



*Stephen M. Barthol*
*VP/Regional Sales Manager*
*5418 W. 141st Terrace*
*Leawood, Kansas 66224*
*Toll Free:877-266-5346*
*Tel:913-681-1400*
*Fax:913-681-7675*
*E-Fax:913-871-4044*
*Cell:913-706-0031*
*sbarthol@bayviewfunding.com*
*www.bayviewfunding.com*

Finance Fee of Prime Rate (currently at 3.75%) plus one of one and one-half of one percent (1.5%) (the "Finance Rate") charged against average monthly funds employed. The Finance Rate shall increase or decrease monthly, on the first day of each month, by the amount of any increase or decrease in the Prime Rate but at no time will the Finance Rate be less than five and twevyifive-five hundredths of one percent (5.25%) (the "Floor Rate").

**Monthly Minimum Fee:** Twenty-five hundredths of one percent (0.25%) of the proposed maximum credit, multiplied by the number of months remaining in the Term.

**Early Termination Fee:** One half of one percent (0.50%) of the proposed Maximum Credit multiplied by the number of months remaining in the Term.

**Due Diligence Fee:** $500.00 (non-refundable) payable upon acceptance of this proposal.

**Legal Fee:** $5,000 payable upon acceptance of this proposal. Such amount will be applied against the legal expenses associated with seeking bankruptcy court approval for this DIP financing facility.

**Additional Fees:** Wire transfer fee $19.95. ACH fee $10.00.

Additional features and conditions are set forth in the Summary of Standard Terms, which is attached hereto and made a part hereof.

This proposal is delivered to you with the understanding that neither it nor its substance will be disclosed by you to any third party, except with respect to persons who have an ownership or senior management relationship with PHOTO STENCIL, LLC.. If you would like to go forward on the basis outlined here, kindly mail or fax a signed and initialed copy of this letter to my attention at the address noted above along with a check for $5,500.00. . The Due Diligence Fee can also be paid by credit card on our website https://forms.bayviewfunding.com/checkout. If we do not hear from you within five days, we will assume that you have made other financing arrangements and we will consider the proposal withdrawn.
We look forward to a mutually satisfactory business relationship.

Sincerely,

Stephen M. Barthol
SVP/Regional Sales  Bay View Funding
ACCEPTED AND AGREED TO THIS _____DAY OF MAR-17

PHOTO STENCIL, LLC
By: _____

Title: _____CEO_____

_____
Initials

2

v1.4



*Stephen M. Barthol*
*VP/Regional Sales Manager*
*5418 W. 141st Terrace*
*Leawood, Kansas 66224*
*Toll Free:877-266-5346*
*Tel:913-681-1400*
*Fax:913-681-7675*
*E-Fax:913-871-4044*
*Cell:913-706-0031*
*sbarthol@bayviewfunding.com*
*www.bayviewfunding.com*

## Proposal for
## PHOTO STENCIL, LLC.
## Summary of Standard Terms

**Eligible Invoices** Eligible invoices are generally defined as follows. Exceptions to these guidelines may be negotiated on a case-by-case basis:

- Less than 90 days from the invoice date.
- Due from a customer that, in BVF's judgment, is creditworthy, up to the credit limit established by BVF.
- Resulting from the shipment and delivery of a product or completion of a service and not subject to counter-claim or offset (pre-billings, billings for products or services in transit, progress billings, guaranteed sales, will call and "bill and hold" sales are ineligible).
- Due from a customer based in the U.S.A. Eligibility of Canadian customers will be considered on an individual basis.
- Due from the Federal Government and assigned under the Assignment of Claims Act.
- Invoices from a customer of which less than 25% are over 90 days old.
- Payment terms of Net 60 days or less.
- All customers must be credit approved by BVF prior to consideration for eligibility. Bank & trade references may be required for those customers lacking satisfactory credit histories.

**Security** BVF requires a perfected security interest in all assets , and a bankruptcy court approved super priority lien first against all post petition accounts receivable and proceeds. Such bankruptcy court approval will be documented in a form of Order acceptable to BVF. and a first priority UCC-1 filing on accounts receivable and proceeds. Lien terminations and or subordinations will be required from all secured parties with liens filed against accounts receivable and proceeds. Upon receipt of an accepted proposal, Photo Stencil, LLC., grants BVF the authority to file a UCC-1 Financing Statement naming Photo Stencil, LLC. as Debtor and BVF as secured party. Photo Stencil, LLC., agrees to reimburse all costs, fees and expenses incurred by BVF..

**V. I.** Validity Indemnifications will be required from all owners.

**Operational Mechanics** <u>Copies</u> of invoices, together with all supporting documentation (i.e. customer signed timecards, or customer contracts/agreements, or product/service acceptance), are submitted to BVF as generated. Each invoice will bear instructions to customers to make and mail payments to BVF, at a lock box controlled by BVF. BVF will notify customers of new remittance instructions.

Factoring advances are tracked against specific eligible invoices that have been identified for financing. New invoices are typically verified prior to funding.

Receipts to the lock box are accounted for daily. BVF collects its advances, deducts its financing fees and remits any funds remaining together with payments received on non-financed invoices on a weekly basis. Application of receipts will occur after two (2) business days. Financed invoices which become ineligible, for any reason, are immediately "charged back" or repaid, together with the financing fees, out of available funds (including proceeds from non-financed invoices).

**Reports from BVF** BVF generates reports daily and monthly. Daily reports are prepared whenever a transaction occurs that affects your financed receivable balance or results in a transfer of funds. All account information is available, on-line, at www.bayviewfunding.com.

<u>Initials</u>

3

v1.4